# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MAINE

| | )  |                    |
|---|---|---|
| In re: | ) | |
| | ) | |
| LAO PROPERTIES, LLC, | ) | Chapter 11 |
| | ) | Case No. 11-21571 |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case as counsel for creditor Bangor Savings Bank and demands, pursuant to the United States Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, that all notices given or required to be served in this case, be given to and served upon the undersigned at the address and telephone number set forth below; or if being served via the Court's ECF system, at the e-mail address shown below:

>Nathaniel R. Hull, Esq.
>Verrill Dana LLP
>One Portland Square
>P.O. Box 586
>Portland, ME  04112-0586
>Tel:  (207) 774-4000; Fax: (207) 774-7499
>nhull@verrilldana.com; bankr@verrilldana.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all orders and notices of all applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, or transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise, which affect the above-captioned Debtor or the property of said Debtor**.**

Dated:  November 28, 2011     */s/ Nathaniel R. Hull*
                              Nathaniel R. Hull, Esq., Maine Bar No. 4532
                              VERRILL DANA LLP
                              One Portland Square
                              P O Box 586
                              Portland, ME 04112-0586
                              Tel:  (207) 774-4000
                              E-mail: nhull@verrilldana.com;
                              bankr@verrilldana.com