| | |
|---|---|
| In re: | |
| LAO PROPERTIES, LLC, | Chapter 11 |
| Debtor. | Case No. 11-21571-JBH |

## GLOBAL NOTES TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

LAO Properties, LLC (the "Debtor") submits its Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statements") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), and Fed. R. Bankr. P. 1007.

The Schedules and Statements have been prepared by the Debtor's management and bankruptcy counsel and are unaudited. While the Debtor has made every effort to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, the subsequent receipt of information may result in material changes in data contained in the Schedules and Statements which would warrant amendment of same.

It would be prohibitively expensive and unduly burdensome to obtain current market valuations of the Debtor's property interests. Accordingly, the assets and liability data contained in the Schedules and Statements are reflected at the tax-assessed value as of November 1, 2011, the date the Debtor commenced its chapter 11 case (the "Petition Date"), or as noted otherwise in the Schedules and Statements. The Debtor reserves the right to establish that the value of its assets and liabilities are other than as set forth in the Schedules and Statements.

The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules and/or Statements as to amount, liability or classification.

While every effort has been made to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. Accordingly, the Debtor reserves the right to amend its Schedules and Statements as necessary or appropriate and expects it will do so as information becomes available.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts.

The claims of individual creditors for, among other things, merchandise, goods, services, or taxes are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances.

Prior to the Petition Date, the properties listed in the Schedules were owned by non-debtor individuals and entities. To avoid confusion for the Debtor's creditors, the previous owners (collectively, the "Previous Owners") of each property are listed below:

| Property | Previous Owner(s) |
|---|---|
| 31 Ocean Avenue Extension, York, ME | Bernhard Realty Trust; Lorri O'Brien |
| 67 Ocean Avenue Extension, York, ME | RBS Trust; Lorri O'Brien |
| 80 Ocean Avenue Extension, York, ME | Dutch Trust; Lorri O'Brien |
| 83 Ocean Avenue Extension, York, ME | Cahill Trust; Lorri O'Brien |
| 3 Ravine Avenue, York, ME | Ravine Trust; Lorri O'Brien |
| 35 York Street, York, ME | York Street Trust; Lorri O'Brien |
| 26 Brickyard Court, Unit 1, York, ME | Brickyard Court Trust; Lorri O'Brien |
| 26 Brickyard Court, Unit 2, York, ME | Brickyard Court Trust; Lorri O'Brien |
| 48 Broadway, York, ME | Bowden Trust; Lorri O'Brien |
| 9 Kendall Road, York, ME | Paul O'Brien |
| 2 Beach Street, Unit 2, York, ME | AKR Management, LLC |
| 2 Beach Street, Unit 3, York, ME | RBS II Trust; Lorri O'Brien |
| 2 Beach Street, Unit 5, York, ME | AKR Management, LLC |
| 1 Varrell Lane, Unit 19, York, ME | Lorri O'Brien |

Because the Debtor was formed shortly before the Petition Date, it did not own bank accounts, produce revenue, or make transfers prior to the Petition Date. For this reason, when responding to various questions in the Schedules and the Statements, the Debtor has provided information responsive on its behalf and on behalf of the Previous Owners. For this reason, the Debtor makes no representations about the Bankruptcy Code implications of such disclosures (e.g., whether a transfer within 90 days of the Petition Date by one of the Previous Owners constitutes a preferential transfer under section 547 of the Bankruptcy Code).

# United States Bankruptcy Court
## District of Maine

In re   **LAO Properties, LLC**

Debtor

Case No.   **11-21571**

Chapter     **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 7,067,100.00 | | |
| B - Personal Property | Yes | 3 | 574,829.60 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 10 | | 10,348,086.81 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 562,880.92 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 8 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 28 | | | |
| Total Assets | | | 7,641,929.60 | | |
| Total Liabilities | | | | 10,910,967.73 | |

# United States Bankruptcy Court
## District of Maine

In re    **LAO Properties, LLC**        Case No.    **11-21571**

                    Debtor

Chapter      **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **LAO Properties, LLC**                                   Case No.   **11-21571**
_____                    _____
                        Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption[1] | Amount of Secured Claim |
|---|---|---|---|---|
| 31 Ocean Avenue Extension, York, ME | Fee simple | - | $824,400.00 | $1,948,887.01 |
| 67 Ocean Avenue Extension, York, ME | Fee simple | - | $900,500.00 | $1,733,286.13 |
| 80 Ocean Avenue Extension, York, ME | Fee simple | - | $1,244,500.00 | $2,116,209.80 |
| 83 Ocean Avenue Extension, York, ME | Fee simple | - | $938,200.00 | $1,670,667.44 |
| 3 Ravine Avenue, York, ME | Fee simple | - | $440,500.00 | $985,096.25 |
| 35 York Street, York, ME | Fee simple | - | $569,800.00 | $1,170,483.21 |
| 26 Brickyard Court, Units 1 & 2, York, ME | Fee simple | - | $240,000.00 | $960,768.04 |
| 48 Broadway Street, York, ME | Fee simple | - | $416,700.00 | $1,262,087.87 |
| 9 Kendall Road, York, ME | Fee simple | - | $718,000.00 | $940,904.47 |
| 2 Beach Street, Units 2 & 5, York, ME | Fee simple | - | $408,000.00 | $831,185.87 |
| 2 Beach Street, Unit 3, York, ME | Fee simple | - | $269,500.00 | $1,357,123.52 |
| 1 Varrell Lane, Unit 19, York, ME | Fee simple | - | $97,000.00 | $1,461,264.03 |

Total: **$7,067,100.00**

(Report also on Summary of Schedules)

[1]Values are based on recent tax assessed values by the Town of York. The Debtor is in the process of obtaining opinions of value.

Sheet 1 of 1 total sheets in Schedule of Real Property

In re **LAO Properties, LLC**                             Case No.   **11-21571**

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Furnishings at each property ($15,000 per property, except Units 2 and 5 at 2 Beach Street, which are $10,000 per property)** | - | 200,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 200,000.00 |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

In re    **LAO Properties, LLC**                                                      Case No.    **11-21571**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Money owed from Rivers By The Sea to the Debtor for (a) unpaid rent at 26 Brickyard Court, York, ME and 2 Beach St, York, ME; and (b) lease payments collected by Rivers By The Sea but not remitted to the Debtor or its predecessors; may be subject to setoff under 11 U.S.C. § 553** | - | 367,312.60 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >    367,312.60
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

In re   **LAO Properties, LLC**                                    Case No.   **11-21571**

Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | **Customer lists** **26 Brickyard Court, York, ME** | - | **Unknown** |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Tenant deposits held by Rivers By The Sea (to be remitted to Debtor)** | - | **7,517.00** |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 7,517.00 |
| Total > | 574,829.60 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re __LAO Properties, LLC__ ,     Case No. __11-21571__

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | | | | 1/20/09 | | | | | |
| Ann Marie Mirabito PO Box 805 York, ME 03909 | X | | - | | Mortgages 26 Brickyard Court, Units 1 & 2, York, ME (value: $240,000); 1 Varrell Lane, Unit 19, York, ME (value: $97,000) | | | | | |
| | | | | | Value $     337,000.00 | | | | 400,000.00 | 162,885.10 |
| Account No. | | | | | 7/3/10 | | | | | |
| Bangor Savings Bank P.O. Box 930 Bangor, ME 04402-0930 | X | | - | | Writ of Execution See attached sheet | | | | | |
| | | | | | Value $     5,941,100.00 | | | | 45,145.72 | 0.00 |
| Account No. | | | | | For Notification Purposes Only | | | | | |
| Bangor Savings Bank c/o Nathaniel Hull Verrill Dana LLP One Portland Square Portland, ME 04112 | | | - | | | | | | | |
| | | | | | Value $     0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | 11/25/08 | | | | | |
| D.D.P. LLC 1 New Hampshire Ave. Suite 125 Portsmouth, NH 03801 | X | | - | | Mortgage 1 Varrell Lane, Unit 19, York, ME | | | X | | |
| | | | | | Value $     97,000.00 | | | | 500,000.00 | 406,381.09 |

__9__   continuation sheets attached

Subtotal
(Total of this page)     945,145.72     569,266.19

In re __LAO Properties, LLC__        Case No. __11-21571__

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage | | | | | |
| DDP Florida Investments, LLC 1 New Hampshire Ave. Suite 125 Portsmouth, NH 03801 | X | - | 31 Ocean Avenue Extension, York, ME | | | | | |
| | | | Value $ 824,400.00 | | | | 500,000.00 | 500,000.00 |
| Account No. | | | 10/22/10 | | | | | |
| DDP Florida Investments, LLC 1 New Hampshire Ave. Suite 125 Portsmouth, NH 03801 | X | - | Mortgage 67 Ocean Avenue Extension | | | | | |
| | | | Value $ 900,500.00 | | | | 200,000.00 | 200,000.00 |
| Account No. | | | 12/14/07 | | | | | |
| DDP Florida Investments, LLC 1 New Hampshire Ave. Suite 125 Portsmouth, NH 03801 | X | - | Mortgage 9 Kendall Road, York, ME | | | | | |
| | | | Value $ 718,000.00 | | | | 300,000.00 | 222,904.47 |
| Account No. | | | 9/15/08 | | | | | |
| Destefano & Associates, Inc. 2456 Lafayette Road Portsmouth, NH 03801 | X | - | Mechanic's Lien 2 Beach Street, Units 2 & 5, York, ME (value: $408,000) 2 Beach Street, Unit 3, York, ME (value: $269,500) | | | | | |
| | | | Value $ 677,500.00 | | | | 668,930.37 | 283,996.08 |
| Account No. | | | For Notification Purposes Only | | | | | |
| Destefano & Associates, Inc. c/o Marcel Quinn Pierce Atwood 1 Monument Square Portland, ME 04101 | | - | | | | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |

Sheet __1__ of __9__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)     1,668,930.37     1,206,900.55

In re   **LAO Properties, LLC**                                    Case No. ___**11-21571**___
                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 5/12/2005 | | | | | |
| Deutsche National Bank Indenture Trustee American Home Mortgage Investment Trust 2005-2 1525 S. Beltline Road Coppell, TX 75019 | X | - | Mortgage 35 York Street, York, ME | | | | | |
| | | | Value $            569,800.00 | | | | 461,360.74 | 42,800.27 |
| Account No. | | | For Notification Purposes Only | | | | | |
| Deutsche National Bank Indenture Trustee c/o John Doonan Doonan Graves & Longoria, LLC 100 Cummings Dr. Suite 225D Beverly, MA 01915 | | - | | | | | | |
| | | | Value $                  0.00 | | | | 0.00 | 0.00 |
| Account No. | | | 10/15/10 | | | | | |
| Lancaster Condominium Association PO Box 1159 York Harbor, ME 03911 | X | - | Lien 1 Varrell Lane, Unit 19, York, ME | | | | | |
| | | | Value $             97,000.00 | | | | 2,001.37 | 0.00 |
| Account No. | | | 11/30/09 | | | | | |
| Old School Financial, Inc. PO Box 374 Milford, MA 01757 | X | - | Mortgage 31 Ocean Avenue Extension, York | | | | | |
| | | | Value $            824,400.00 | | | | 890,543.83 | 66,604.07 |
| Account No. | | | For Notification Purposes Only | | | | | |
| Old School Financial, Inc. c/o Jonathan M Flagg Glagg Law, PLLC 93 Middle Street Portsmouth, NH 03801 | | - | | | | | | |
| | | | Value $                  0.00 | | | | 0.00 | 0.00 |

Sheet __2__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| 1,353,905.94 | 109,404.34 |
|---|---|

In re  **LAO Properties, LLC**                                      Case No.  __11-21571__
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W / J C | | | | | | |
| Account No. | | | 3/1/11 | | | | | |
| **Onewest Bank, FSB** **888 East Walnut Street** **Pasadena, CA 91101** | X | - | Mortgage 3 Ravine Avenue, York, ME | | | | | |
| | | | Value $              440,500.00 | | | | 426,764.11 | 0.00 |
| Account No. | | | For Notification Purposes Only | | | | | |
| **Onewest Bank, FSB** **c/o Jeffrey Hardiman** **Bendett & McHugh, PC** **270 Farmington Ave., Suite 131** **Farmington, CT 06032** | | - | | | | | | |
| | | | Value $                     0.00 | | | | 0.00 | 0.00 |
| Account No. | | | 6/20/08 | | | | | |
| **Optima Bank & Trust** **Two Harbour Place** **PO Box 553** **Portsmouth, NH 03802** | X | - | Mortgage 2 Beach Street, Units 2 & 5, York, ME | | | | | |
| | | | Value $              408,000.00 | | | | 155,061.00 | 0.00 |
| Account No. | | | 6/20/08 | | | | | |
| **Optima Bank & Trust** **Two Harbour Place** **PO Box 553** **Portsmouth, NH 03802** | X | - | Mortgage 2 Beach Street, Unit 3, York, ME | | | | | |
| | | | Value $              269,500.00 | | | | 128,372.00 | 0.00 |
| Account No. | | | For Notification Purposes Only | | | | | |
| **Optima Bank & Trust** **c/o Christopher Mulligan** **Bosen & Associates P.L.L.C** **96 Chestnut Street** **Portsmouth, NH 03801** | | - | | | | | | |
| | | | Value $                     0.00 | | | | 0.00 | 0.00 |

Sheet __3__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

710,197.11                0.00

In re    **LAO Properties, LLC**                                    Case No. ____**11-21571**____

                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 3/21/03 | | | | | |
| Option One Morgage Corp. PO Box 57096 Irvine, CA 92619 | X | - | | | Mortgage 48 Broadway Street, York, ME | | | X | | |
| | | | | | Value $              416,700.00 | | | | 350,000.00 | 0.00 |
| Account No. | | | | | For Notification Purposes Only | | | | | |
| Powder Mill Property Management, LLC c/o Jonathan M. Flagg Flagg Law, PLLC 93 Middle Street Portsmouth, NH 03801 | | - | | | | | | | | |
| | | | | | Value $                  0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | 2/1/10 | | | | | |
| Powder Mill Road Property Management LLC 21 Continental Blvd. Suite 101 New Castle, NH 03854 | X | - | | | Mortgage 80 Ocean Avenue Extension, York, ME | | | X | | |
| | | | | | Value $            1,244,500.00 | | | | 1,557,728.34 | 313,826.86 |
| Account No. | | | | | 8/19/10 | | | | | |
| Provident Funding Associates LP 1235 N. Dutton Ave., Suite E Santa Rosa, CA 95401 | X | - | | | Mortgage 48 Broadway Street, York, ME | | | | | |
| | | | | | Value $              416,700.00 | | | | 353,732.26 | 287,504.93 |
| Account No. | | | | | For Notification Purposes Only | | | | | |
| Provident Funding Associates LP c/o Brent York Phillips,Olore, Dunlavey & York PA PO Box 1087 Presque Isle, ME 04769 | | - | | | | | | | | |
| | | | | | Value $                  0.00 | | | | 0.00 | 0.00 |

Sheet __4__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 2,261,460.60 | 601,331.79 |

B6D (Official Form 6D) (12/07) - Cont.

In re   **LAO Properties, LLC**                                            Case No. __11-21571__
_____
                                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | | |
| Account No. | | | | | | 11/25/08 | | | | | |
| Steve Nuzzo 741 Broadway Everett, MA 02149 | X | - | | | | Mortgage<br><br>83 Ocean Avenue Extension, York, ME | | | | | |
| | | | | | | Value $         938,200.00 | | | | 200,000.00 | 174,584.50 |
| Account No. | | | | | | 10/5/2001 | | | | | |
| TD Bank N.A. fka TD Banknorth Two Portland Square P.O. Box 9540 Portland, ME 04112-9540 | X | - | | | | Mortgage<br><br>35 York Street, York, ME | | | | | |
| | | | | | | Value $         569,800.00 | | | | 150,000.00 | 0.00 |
| Account No. | | | | | | For Notification Purposes Only | | | | | |
| TD Bank, N.A c/o Christopher Mulligan Bosen & Associates, P.L.L.C. 96 Chestnut Street Portsmouth, NH 03801 | | - | | | | | | | | | |
| | | | | | | Value $                 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | | | 8/2/10 | | | | | |
| The Bank of Maine 2 Canal Plaza Portland, ME 04101 | X | - | | | | Judgment Lien<br><br>See attached sheet | | | | | |
| | | | | | | Value $       5,941,100.00 | | | | 512,737.22 | 483,943.18 |
| Account No. | | | | | | 12/28/09 | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Mortgage Pass-Through Certificate 2006- FA6 30 Yr. 4000 Horizon Way Irving, TX 75063 | X | - | | | | Mortgage<br><br>67 Ocean Avenue Extension, York, ME | | | | | |
| | | | | | | Value $         900,500.00 | | | | 974,953.99 | 74,903.19 |

Sheet __5__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 1,837,691.21 | 733,430.87 |

In re   **LAO Properties, LLC**                                                                  Case No. ___**11-21571**___

                                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 12/28/09 | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Mortgage Pass-Through Certificates FHAMS 2005-FA10 4000 Horizon Way Irving, TX 75063 | X | - | Mortgage 83 Ocean Avenue Extension, York, ME | | | | | |
| | | | Value $            938,200.00 | | | | 911,978.94 | 0.00 |
| Account No. | | | 1/12/10 | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Mortgage Pass-Through Certificates FHAMS 2007-AA3 4000 Horizon Way Irving, TX 75063 | X | - | Mortgage 9 Kendall Road, York, ME | | | | | |
| | | | Value $            718,000.00 | | | | 640,429.04 | 0.00 |
| Account No. | | | For Notification Purposes Only | | | | | |
| The Bank of New York Mellon, Trustee c/o Brent York, Phillips, Olore PA Certificates FHAMS 2005-FA10 PO Box 1087 Presque Isle, ME 04769 | | | | | | | | |
| | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. | | | For Notification Purposes Only | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Certificate 2006 FA6 30 yr c/o Brent York Phillips, Olore P.A PO Box 1087 Presque Isle, ME 04769 | | - | | | | | | |
| | | | Value $            0.00 | | | | 0.00 | 0.00 |
| Account No. | | | For Notification Purposes Only | | | | | |
| The Bank of New York Mellon, Trustee c/o Brent York Phillips, Olore Certificates FHAMS 2007-AA3 PO Box 1087 Presque Isle, ME 04769 | | - | | | | | | |
| | | | Value $            0.00 | | | | 0.00 | 0.00 |

Sheet __6__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            1,552,407.98            0.00

In re __LAO Properties, LLC_____     Case No. __11-21571_____
                                                                                Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | 7/1/11 | | | | | |
| **Town of York 186 York Street York, ME 03909** | | X | - | **Statutory Tax Lien** **80 Ocean Avenue Extension** | | | | | |
| | | | | Value $ 1,244,500.00 | | | | 96.86 | 0.00 |
| Account No. | | | | 7/18/11 | | | | | |
| **Town of York 186 York Street York, ME 03909** | | X | - | **Statutory Tax Lien** **26 Brickyard Court, Units 1 & 2, York, ME** | | | | | |
| | | | | Value $ 240,000.00 | | | | 2,396.62 | 0.00 |
| Account No. | | | | 7/15/11 | | | | | |
| **Town of York 186 York Street York, ME 03909** | | X | - | **Statutory Tax Lien** **2 Beach Street, Units 2 & 5, York, ME** | | | | | |
| | | | | Value $ 408,000.00 | | | | 7,194.50 | 0.00 |
| Account No. | | | | 7/18/11 | | | | | |
| **Town of York 186 York Street York, ME 03909** | | X | - | **Statutory Tax Lien** **2 Beach Street, Unit 3, York, ME** | | | | | |
| | | | | Value $ 269,500.00 | | | | 1,938.21 | 0.00 |
| Account No. | | | | 7/18/11 | | | | | |
| **Town of York 186 York Street York, ME 03909** | | X | - | **Statutory Tax Lien** **1 Varrell Lane, Unit 19, York, ME** | | | | | |
| | | | | Value $ 97,000.00 | | | | 994.03 | 0.00 |

Sheet __7__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      12,620.22     0.00

In re    **LAO Properties, LLC**                                      Case No. ___11-21571___
_____,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | | | Statutory Tax Lien 31 Ocean Avenue Extension, York, ME | | | X | | |
| | | | | | Value $          824,400.00 | | | | 460.24 | 0.00 |
| Account No. | | | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | | | Statutory Tax Lien 67 Ocean Avenue Extension, York, ME | | | X | | |
| | | | | | Value $          900,500.00 | | | | 449.20 | 0.00 |
| Account No. | | | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | | | Statutory Tax Lien 80 Ocean Avenue Extension, York, ME | | | X | | |
| | | | | | Value $        1,244,500.00 | | | | 501.66 | 0.00 |
| Account No. | | | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | | | Statutory Tax Lien 83 Ocean Avenue Extension, York, ME | | | X | | |
| | | | | | Value $          938,200.00 | | | | 805.56 | 0.00 |
| Account No. | | | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | | | Statutory Tax Lien 3 Ravine Avenue, York, ME | | | X | | |
| | | | | | Value $          440,500.00 | | | | 449.20 | 0.00 |

Sheet __8__ of __9__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)            2,665.86            0.00

In re **LAO Properties, LLC**
                                                    Case No. **11-21571**
_____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien  35 York Street, York, ME | | | X | | |
| | | | Value $  569,800.00 | | | | 1,239.53 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien  26 Brickyard Court, Units 1 & 2, York, ME | | | X | | |
| | | | Value $  240,000.00 | | | | 488.48 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien  48 Broadway Street, York, ME | | | X | | |
| | | | Value $  416,700.00 | | | | 472.67 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien  9 Kendall Road, York, ME | | | X | | |
| | | | Value $  718,000.00 | | | | 475.43 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien  1 Varrell Lane, Unit 19, York, ME | | | X | | |
| | | | Value $  97,000.00 | | | | 385.69 | 0.00 |

Sheet __9__ of __9__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 3,061.80 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 10,348,086.81 | 3,220,333.74 |

## ATTACHEMENT TO SCHEDULE D

### CREDITORS HOLDING SECURED CLAIMS

Bangor Savings Bank has a Writ of Execution in the amount of $45,145.72 and The Bank of Maine has a Judgment in the amount of $512,737.22 recorded against the following properties:

| Location | Value[1] |
|---|---|
| 31 Ocean Avenue Extension, York, ME | $824,400 |
| 67 Ocean Avenue Extension, York, ME | $900,500 |
| 80 Ocean Avenue Extension, York, ME | $1,244,500 |
| 83 Ocean Avenue Extension, York, ME | $938,200 |
| 3 Ravine Avenue, York, ME | $440,500 |
| 35 York Street, York, ME | $569,800 |
| 26 Brickyard Court, Units 1 & 2, York, ME | $240,000 |
| 48 Broadway Street, York, ME | $416,700 |
| 2 Beach Street, Unit 3, York, ME | $269,500 |
| 1 Varrell Lane, Unit 19, York, ME | $97,000 |
| **TOTAL:** | **$5,941,100.00** |

---

[1] Values are based on recent tax assessed values by the Town of York.  The Debtor is in the process of obtaining opinions of value.

In re __LAO Properties, LLC_____,  Case No. ___11-21571_____
                                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

* *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                              __0__  continuation sheets attached

In re **LAO Properties, LLC**          Case No. **11-21571**
_____
          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.  **AK Condominium Association** 26 Brickyard Suite 6 York, ME 03909 | | - | | | 2011 Trade Debt | | | | 546.00 |
| Account No.  **AKR Management** 26 Brickyard Court Suite 6 York, ME 03909 | | - | | | 2011 Property Management Services | | | | 542.43 |
| Account No.  **Bragdon Commons Condominium Association** PO Box 99 York Harbor, ME 03911 | | - | | | 2007-Present Trade Debt | | | | 20,956.00 |
| Account No.  **Central Maine Power** P.O. Box 1084 Augusta, ME 04332-1084 | X | - | | | 2011 Utility Service | | | X | 818.34 |
| **_3_**    continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 22,862.77 |

In re __LAO Properties, LLC__        Case No. __11-21571__

           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | 2011 Trade Debt | | | | |
| CM Appraisals, LLC 859 US Route 1 York, ME 03909 | | - | | | | | 350.00 |
| **Account No.** | | | 2011 Trade Debt | | | | |
| D.F. Richard Energy PO Box 669 Dover, NH 03821 | X | - | | | | | 919.71 |
| **Account No.** | | | 2011 Trade Debt | | | | |
| FairPoint Communications P.O. Box 11021 Lewiston, ME 04243-9472 | X | - | | | | X | 21.80 |
| **Account No.** | | | 2011 Insurance | | | | |
| Holyoke Mutual Insurance One Holyoke Square PO Box 2006 Salem, MA 01970 | | - | | | | X | 1,872.00 |
| **Account No.** | | | 2011 Trade Debt | | | | |
| Lancaster Condominium Association PO Box 1159 York Harbor, ME 03911 | X | - | | | | | 2,682.72 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     **5,846.23**
(Total of this page)

In re  **LAO Properties, LLC**                                        Case No. __11-21571__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No.<br><br>**Mary Rivers d/b/a**<br>**Rivers By The Sea**<br>**PO Box 549**<br>**York Beach, ME 03910** | | - | | **2000-Present**<br>**Property Management Services**<br>**May be subject to setoff under 11 U.S.C. § 553** | | | | 524,878.03 |
| Account No.<br><br>**Middlesex Assurance Co.**<br>**PO Box 981035**<br>**Boston, MA 02298** | | - | | **Insurance** | | | X | 4,788.64 |
| Account No.<br><br>**Perkins Propane**<br>**588 Bond Spring Road**<br>**West Newfield, ME 04095** | X | - | | **2011**<br>**Trade Debt** | | | | 115.46 |
| Account No.<br><br>**Premium Financing Specialists**<br>**PO Box 905849**<br>**Charlotte, NC 28290** | X | - | | **Trade Debt** | X | X | X | 263.71 |
| Account No.<br><br>**Proulx Oil & Propane**<br>**1 Simons Lane**<br>**PO Box 419**<br>**Newmarket, NH 03857** | X | - | | **2011**<br>**Trade Debt** | | | | 241.83 |

Sheet no. __2__ of __3__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

530,287.67

In re  **LAO Properties, LLC**                                       Case No. __**11-21571**__
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2011 Utility | | | | |
| Time Warner Cable of Maine PO Box 1034 Buffalo, NY 14240-1034 | X | - | | | | X | 1,049.48 |
| Account No. | | | 2011 Insurance | | | | |
| Union Mutual of Vermont PO Box 113 Brattleboro, VT 05302 | | - | | | | X | 935.25 |
| Account No. | | | 2011 Utility | | | | |
| York Water District PO Box 447 York, ME 03909 | X | - | | | | | 1,899.52 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __3__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,884.25 |
| | Total (Report on Summary of Schedules) | 562,880.92 |

In re   **LAO Properties, LLC**            Case No.   **11-21571**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re  **LAO Properties, LLC**                                      Case No. __11-21571__
                                          Debtor

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| AKR Management, LLC<br>26 Brickyard Court, #6<br>York, ME 03909 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| AKR Management, LLC<br>26 Brickyard Court, #6<br>York, ME 03909 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| AKR Management, LLC<br>26 Brickyard Court, #6<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |
| Atlantic House at York Beach LLC<br>2 Beach Street<br>York Beach, ME 03910 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| Atlantic Kearsarge Parking Lot LLC<br>c/o Richard H. Spencer, Jr. (Reg. Agent)<br>Jensen Baird Gardner & Henry<br>P.O. Box 4510<br>Portland, ME 04112-4510 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| Donald Rivers<br>P.O. Box 549<br>York Beach, ME 03910 | Bangor Savings Bank<br>P.O. Box 930<br>Bangor, ME 04402-0930 |
| Donald Rivers<br>P.O. Box 549<br>York Beach, ME 03910 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Donald Rivers<br>P.O. Box 549<br>York Beach, ME 03910 | Steve Nuzzo<br>741 Broadway<br>Everett, MA 02149 |
| Donald Rivers<br>P.O. Box 549<br>York Beach, ME 03910 | Powder Mill Road Property Management LLC<br>21 Continental Blvd. Suite 101<br>New Castle, NH 03854 |
| Harold E. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | Bangor Savings Bank<br>P.O. Box 930<br>Bangor, ME 04402-0930 |
| Harold E. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | The Bank of Maine<br>2 Canal Plaza<br>Portland, ME 04101 |

**7**
_____ continuation sheets attached to Schedule of Codebtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Harold E. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Jessica L. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | The Bank of Maine<br>2 Canal Plaza<br>Portland, ME 04101 |
| Jessica L. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Julie Key<br>275 Stone Meadow Drive<br>Bowling Green, KY 42103 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Juniper Cottage Inc.<br>c/o Gregory J. Orson (Registered Agent)<br>P.O. Box 545<br>York, ME 03909 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| Kearsarge House, LLC<br>c/o Richard H. Spencer, Jr. (Reg. Agent)<br>Jensen Baird Gardner & Henry<br>P.O. Box 4510<br>Portland, ME 04112-4510 | The Bank of Maine<br>2 Canal Plaza<br>Portland, ME 04101 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Bangor Savings Bank<br>P.O. Box 930<br>Bangor, ME 04402-0930 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | The Bank of Maine<br>2 Canal Plaza<br>Portland, ME 04101 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificate 2006- FA6 30 Yr.<br>4000 Horizon Way<br>Irving, TX 75063 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificates FHAMS 2005-FA10<br>4000 Horizon Way<br>Irving, TX 75063 |

Sheet __1__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **LAO Properties, LLC**                                      Case No.    **11-21571**
_____                             _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Onewest Bank, FSB<br>888 East Walnut Street<br>Pasadena, CA 91101 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Ann Marie Mirabito<br>PO Box 805<br>York, ME 03909 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Option One Morgage Corp.<br>PO Box 57096<br>Irvine, CA 92619 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Provident Funding Associates LP<br>1235 N. Dutton Ave., Suite E<br>Santa Rosa, CA 95401 |
| Lorri A. O'Brien<br>Rivers By The Sea<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Lancaster Condominium Association<br>PO Box 1159<br>York Harbor, ME 03911 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Steve Nuzzo<br>741 Broadway<br>Everett, MA 02149 |

Sheet  __2__  of  __7__  continuation sheets attached to the Schedule of Codebtors

In re __LAO Properties, LLC__                                    Case No. ___11-21571___
                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Deutsche National Bank Indenture Trustee<br>American Home Mortgage<br>Investment Trust 2005-2<br>1525 S. Beltline Road<br>Coppell, TX 75019 |
| Lorri A. O'Brien, Trustee<br>Bernard Realty Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Bernard Realty Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Old School Financial, Inc.<br>PO Box 374<br>Milford, MA 01757 |
| Lorri A. O'Brien, Trustee<br>Bernard Realty Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificate 2006- FA6 30 Yr.<br>4000 Horizon Way<br>Irving, TX 75063 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Dutch Trust<br>PO Box 142<br>York, ME 03909 | Powder Mill Road Property Management LLC<br>21 Continental Blvd. Suite 101<br>New Castle, NH 03854 |
| Lorri A. O'Brien, Trustee<br>Dutch Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>Dutch Trust<br>PO Box 142<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |

Sheet __3__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re    **LAO Properties, LLC**                                          Case No.    **11-21571**
_____,
                            Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Lorri A. O'Brien, Trustee**<br>**The Cahill Trust**<br>**PO Box 142**<br>**York, ME 03909** | **York Sewer District**<br>**21 Bay Haven Road**<br>**York Beach, ME 03910** |
| **Lorri A. O'Brien, Trustee**<br>**The Cahill Trust**<br>**PO Box 142**<br>**York, ME 03909** | **Steve Nuzzo**<br>**741 Broadway**<br>**Everett, MA 02149** |
| **Lorri A. O'Brien, Trustee**<br>**Ravine Trust**<br>**26 Brickyard Court**<br>**Suite 6**<br>**York, ME 03909** | **York Sewer District**<br>**21 Bay Haven Road**<br>**York Beach, ME 03910** |
| **Lorri A. O'Brien, Trustee**<br>**York Street Trust**<br>**PO Box 142**<br>**York, ME 03909** | **TD Bank N.A. fka TD Banknorth**<br>**Two Portland Square**<br>**P.O. Box 9540**<br>**Portland, ME 04112-9540** |
| **Lorri A. O'Brien, Trustee**<br>**York Street Trust**<br>**PO Box 142**<br>**York, ME 03909** | **Deutsche National Bank Indenture Trustee**<br>**American Home Mortgage**<br>**Investment Trust 2005-2**<br>**1525 S. Beltline Road**<br>**Coppell, TX 75019** |
| **Lorri A. O'Brien, Trustee**<br>**York Street Trust**<br>**PO Box 142**<br>**York, ME 03909** | **York Sewer District**<br>**21 Bay Haven Road**<br>**York Beach, ME 03910** |
| **Lorri A. O'Brien, Trustee**<br>**Brickyard Court Trust**<br>**PO Box 142**<br>**York, ME 03909** | **Ann Marie Mirabito**<br>**PO Box 805**<br>**York, ME 03909** |
| **Lorri A. O'Brien, Trustee**<br>**Brickyard Court Trust**<br>**PO Box 142**<br>**York, ME 03909** | **York Sewer District**<br>**21 Bay Haven Road**<br>**York Beach, ME 03910** |
| **Lorri A. O'Brien, Trustee**<br>**Brickyard Court Trust**<br>**PO Box 142**<br>**York, ME 03909** | **Town of York**<br>**186 York Street**<br>**York, ME 03909** |
| **Lorri A. O'Brien, Trustee**<br>**Rivers By The Sea Trust**<br>**26 Brickyard Court**<br>**Suite 6**<br>**York, ME 03909** | **Destefano & Associates, Inc.**<br>**2456 Lafayette Road**<br>**Portsmouth, NH 03801** |

Sheet   **4**   of   **7**   continuation sheets attached to the Schedule of Codebtors

In re    **LAO Properties, LLC**                     Case No.    **11-21571**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien, Trustee<br>Atlantic House Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Lancaster Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | D.D.P. LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Lancaster Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Lancaster Condominium Association<br>PO Box 1159<br>York Harbor, ME 03911 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Central Maine Power<br>P.O. Box 1084<br>Augusta, ME 04332-1084 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | D.F. Richard Energy<br>PO Box 669<br>Dover, NH 03821 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | FairPoint Communications<br>P.O. Box 11021<br>Lewiston, ME 04243-9472 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Perkins Propane<br>588 Bond Spring Road<br>West Newfield, ME 04095 |

Sheet   **5**   of   **7**   continuation sheets attached to the Schedule of Codebtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Premium Financing Specialists<br>PO Box 905849<br>Charlotte, NC 28290 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Proulx Oil & Propane<br>1 Simons Lane<br>PO Box 419<br>Newmarket, NH 03857 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Time Warner Cable of Maine<br>PO Box 1034<br>Buffalo, NY 14240-1034 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | York Water District<br>PO Box 447<br>York, ME 03909 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | Provident Funding Associates LP<br>1235 N. Dutton Ave., Suite E<br>Santa Rosa, CA 95401 |
| Paul O'Brien<br>Rivers By The Sea<br>26 Brickyard Court, #6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificates FHAMS 2007-AA3<br>4000 Horizon Way<br>Irving, TX 75063 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificates FHAMS 2005-FA10<br>4000 Horizon Way<br>Irving, TX 75063 |

Sheet __6__ of __7__ continuation sheets attached to the Schedule of Codebtors

In re   **LAO Properties, LLC**                                Case No.    **11-21571**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Steve Nuzzo**<br>**741 Broadway**<br>**Everett, MA 02149** | **The Bank of New York Mellon, Trustee**<br>**First Horizon Mortgage Pass-Through**<br>**Certificates FHAMS 2005-FA10**<br>**4000 Horizon Way**<br>**Irving, TX 75063** |
| **Two Beach Street LLC**<br>**c/o CT Corporation System**<br>**its Registered Agent**<br>**One Portland Square**<br>**Portland, ME 04101** | **Destefano & Associates, Inc.**<br>**2456 Lafayette Road**<br>**Portsmouth, NH 03801** |
| **Witch1 Production LLC**<br>**c/o Erika L. McCauley**<br>**its Registered Agent**<br>**P.O. Box 730**<br>**York Beach, ME 03910** | **Destefano & Associates, Inc.**<br>**2456 Lafayette Road**<br>**Portsmouth, NH 03801** |

Sheet   **7**   of   **7**   continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## District of Maine

In re    __LAO Properties, LLC__            Case No.   __11-21571__

                         Debtor(s)       Chapter   __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  __30__  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   November 29, 2011        Signature    /s/ Lorri O'Brien

                                                **Lorri O'Brien**
                                                **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Maine

In re    **LAO Properties, LLC**                           Case No.    **11-21571**

                                   Debtor(s)                   Chapter     **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business[1]**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$386,842.10** | **2011 YTD: Business Income** |
| **$391,654.82** | **2010: Business Income** |
| **$363,802.53** | **2009: Business Income** |

---

[1] Gross rental income is reported on a cash basis. For this reason, gross income does not include amounts that were earned but not remitted to the Debtor by Rivers By The Sea (i.e., $367,312.60, see Schedule B, #16).

**2. Income other than from employment or operation of business**

None 

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |

**3. Payments to creditors**

None ⊠

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None ⊠

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

None ⊠

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
| --- | --- | --- | --- |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
| --- | --- | --- | --- |
| **Bangor Savings Bank v. Harold Anderson, et al;<br>Docket No. ALFSC-CV-10-26** | **Civil** | **York County Superior Court, Alfred,<br>Maine** | **Writ of<br>Execution<br>issued** |
| **Savings Bank of Maine v. Kearsarge House,<br>LLC, et al; Docket No. ALFSC-CV-2010-016** | **Civil** | **York County Superior Court, Alfred, ME** | **Summary<br>Judgment<br>and Order<br>entered<br>8/2/2010** |

*  Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Destefano & Associates, Inc. v. Atlantic House at York Beach Rental, LLC, et al.; Docket No. ALFSC-CV-2008-108** | **Breach of Contract/Collection on Action** | **York County Superior Court, Alfred, ME** | **Resolved (Mechanic's Lien)** |
| **Provident Funding Associates LP v. Paul O'Brien, et al., Docket No. YORDC-RE-2010-121** | **Foreclosure** | **York District Court, York, ME** | **Pending** |
| **The Bank of New York Mellon, Trustee v. Paul O'Brien, Docket No. RE-11-12** | **Foreclosure** | **York District Court, York, ME** | **Pending** |
| **The Bank of New York Mellon, Trustee v. Lorri O'Brien, et al; Docket No. YORDC-RE-2010-10** | **Foreclosure** | **York District Court, York, ME** | **Pending** |
| **The Bank of New York Mellon, Trustee v. Lorri O'Brien; Docket No. YORDC-RE-2010-11** | **Foreclosure** | **York District Court, York, ME** | **Pending** |
| **Deutsche Bank National Trust Company, Indenture Trustee v. Lorri O'Brien, et al; Docket No. YORDC-RE-2011-16** | **Foreclosure** | **York District Court, York, ME** | **Pending** |
| **OneWest Bank v. Lorri O'Brien, et al.; Docket No. YORDC-RE-2010-64** | **Foreclosure** | **York District Court, York, ME** | **Pending** |

None 
    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐
    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **D.D.P. LLC**<br>**1 New Hampshire Ave.**<br>**Suite 125**<br>**Portsmouth, NH 03801** | **October, 2011** | **1 Varrell Lane, Units 16 & 17, York, ME**<br>**$218,000** |
| **TD Bank, N.A.**<br>**Two Portland Square**<br>**P.O. Box 9540**<br>**Portland, ME 04112-9540** | **In redemption** | **18 Woodside Meadow Road, Unit 6, York, ME**<br>**$186,600** |

**6. Assignments and receiverships**

None 
    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

☒ None    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

☒ None    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

☒ None    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

☐ None    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Bernstein Shur Sawyer & Nelson**<br>**100 Middle Street**<br>**P.O. Box 9729**<br>**Portland, ME 04104-5029** | **Lorri (Petrone) O'Brien (5/31/11, 10/29/11, 10/31/11), Stephen & Linda Sirois (10/31/11), AKR Management, LLC (10/12/11), Charles & Julie Key (8/8/11), Rivers by the Sea (7/25/11)** | **$68,658.50** |

### 10. Other transfers

☒ None    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

☒ None    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None 

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None 

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None 

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None 

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None 

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None 

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☒ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☒ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None
☒ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
☒ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Melinda Jopson**<br>**c/o Rivers By The Sea**<br>**P.O. Box 549**<br>**York Beach, ME 03910** | **2007 to present** |
| **Stephen W. Cole**<br>**Strategic Concepts**<br>**P.O. Box 60**<br>**Saco, ME 04072-0060** | **1997 to present** |

None ☒    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ☒    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Lorri Petrone O'Brien**<br>**26 Brickyard Court, #6**<br>**York, ME 03909** | **Member and Manager** | **84.06%** |

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **AKR Management, LLC**<br>**26 Brickyard Court, #6**<br>**York, ME 03909** | **Member** | **5.78%** |
| **Paul O'Brien**<br>**26 Brickyard Court, #6**<br>**York, ME 03909** | **Member** | **10.16%** |

None

b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

### 22 . Former partners, officers, directors and shareholders

None

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

### 24. Tax Consolidation Group.

None
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

### 25. Pension Funds.

None
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date    November 29, 2011       Signature    /s/ Lorri O'Brien

                                             **Lorri O'Brien**
                                             **Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Maine

In re **LAO Properties, LLC**      Case No. **11-21571**

Debtor(s)      Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **Hourly Payment** |
   | Prior to the filing of this statement I have received | $ | **68,658.50** |
   | Balance Due | $ | |

2. $ **1,046.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   [ ] Debtor    [X] Other (specify):    Lorri (Petrone) O'Brien, Stephen & Linda Sirois, AKR Management, LLC, Charles & Julie Key, Rivers by the Sea

4. The source of compensation to be paid to me is:

   [X] Debtor    [ ] Other (specify):

5. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. See Application for Order, Pursuant to Sections 327 and 328 of the Bankruptcy Code, Authorizing the Employment of Bernstein, Shur, Sawyer & Nelson, P.A., as Attorney for the Debtor.

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    November 29, 2011      /s/ D. Sam Anderson

                                        **D. Sam Anderson**
                                        **Bernstein, Shur, Sawyer & Nelson, P.A.**
                                        **100 Middle Street**
                                        **P.O. Box 9729**
                                        **Portland, ME 04104-5029**
                                        **(207) 774-1200  Fax: (207) 774-1127**