In re    **LAO Properties, LLC** _____    Case No. __**11-21571**__

_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ann Marie Mirabito**<br>**PO Box 805**<br>**York, ME 03909** | X | - | 1/20/09<br><br>Mortgages<br><br>26 Brickyard Court, Units 1 & 2, York, ME (value: $240,000); 1 Varrell Lane, Unit 19, York, ME (value: $97,000)<br>Value $            337,000.00 | | | | 400,000.00 | 162,885.10 |
| Account No.<br><br>**Bangor Savings Bank**<br>**P.O. Box 930**<br>**Bangor, ME 04402-0930** | X | - | 7/3/10<br><br>Writ of Execution<br><br>See attached sheet<br><br>Value $          5,941,100.00 | | | | 45,145.72 | 0.00 |
| Account No.<br><br>**Bangor Savings Bank**<br>**c/o Nathaniel Hull**<br>**Verrill Dana LLP**<br>**One Portland Square**<br>**Portland, ME 04112** | | - | For Notification Purposes Only<br><br><br>Value $                     0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>**D.D.P. LLC**<br>**1 New Hampshire Ave.**<br>**Suite 125**<br>**Portsmouth, NH 03801** | X | - | 11/25/08<br><br>Mortgage<br><br>1 Varrell Lane, Unit 19, York, ME<br><br>Value $             97,000.00 | | | X | 500,000.00 | 406,381.09 |

__10__  continuation sheets attached

Subtotal
(Total of this page)

| 945,145.72 | 569,266.19 |
|---|---|

In re    **LAO Properties, LLC**      Case No.    **11-21571**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Mortgage | | | | | |
| DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 | X | - | 31 Ocean Avenue Extension, York, ME | | | | | |
| | | | Value $      824,400.00 | | | | 500,000.00 | 500,000.00 |
| Account No. | | | 10/22/10 | | | | | |
| DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 | X | - | Mortgage<br><br>67 Ocean Avenue Extension | | | | | |
| | | | Value $      900,500.00 | | | | 200,000.00 | 200,000.00 |
| Account No. | | | 12/14/07 | | | | | |
| DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 | X | - | Mortgage<br><br>9 Kendall Road, York, ME | | | | | |
| | | | Value $      718,000.00 | | | | 300,000.00 | 222,904.47 |
| Account No. | | | 9/15/08 | | | | | |
| Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 | X | - | Mechanic's Lien<br>2 Beach Street, Units 2 & 5, York, ME (value: $408,000)<br>2 Beach Street, Unit 3, York, ME (value: $269,500) | | | X | | |
| | | | Value $      677,500.00 | | | | 668,930.37 | 283,996.08 |
| Account No. | | | For Notification Purposes Only | | | | | |
| Destefano & Associates, Inc.<br>c/o Marcel Quinn<br>Pierce Atwood<br>1 Monument Square<br>Portland, ME 04101 | | - | | | | | | |
| | | | Value $      0.00 | | | | 0.00 | 0.00 |

Sheet **1** of **10** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    1,668,930.37    1,206,900.55

In re __LAO Properties, LLC__      Case No. __11-21571__

                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | JC | | | | | | |
| **Account No.** | | | | | 5/12/2005 | | | | | |
| **Deutsche National Bank Indenture Trustee American Home Mortgage Investment Trust 2005-2 1525 S. Beltline Road Coppell, TX 75019** | X | - | | | Mortgage<br><br>35 York Street, York, ME | | | | | |
| | | | | | Value $ 569,800.00 | | | | 461,360.74 | 42,800.27 |
| **Account No.** | | | | | For Notification Purposes Only | | | | | |
| **Deutsche National Bank Indenture Trustee c/o John Doonan Doonan Graves & Longoria, LLC 100 Cummings Dr. Suite 225D Beverly, MA 01915** | | - | | | | | | | | |
| | | | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| **Account No.** | | | | | 3/13/06 | | | | | |
| **JPMorgan Chase Bank, N.A. fka EMC Mortgage Attn: Bankruptcy Department P.O. Box 24696 Columbus, OH 43224-0696** | X | - | | | Mortgage<br><br>3 Ravine Avenue, York, ME | | | X | | |
| | | | | | Value $ 440,500.00 | | | | 121,000.00 | 107,713.31 |
| **Account No.** | | | | | 10/15/10 | | | | | |
| **Lancaster Condominium Association PO Box 1159 York Harbor, ME 03911** | X | - | | | Lien<br><br>1 Varrell Lane, Unit 19, York, ME | | | | | |
| | | | | | Value $ 97,000.00 | | | | 2,001.37 | 0.00 |
| **Account No.** | | | | | 3/13/06 | | | | | |
| **Mortgage Electronic Registration System, as nominee for Nation One Mortgage Company, Inc. PO Box 2026 Flint, MI 48501-2026** | X | - | | | Mortgage<br><br>3 Ravine Avenue, York, ME | | | X | | |
| | | | | | Value $ 440,500.00 | | | | 121,000.00 | 107,713.31 |

Sheet __2__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

                Subtotal      705,362.11     258,226.89
          (Total of this page)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com               Best Case Bankruptcy

In re __LAO Properties, LLC_____     Case No. __11-21571_____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | 3/23/07 | | | | | |
| **Mortgage Electronic Registration System, as nominee for First Horizon Home Mortgage Corp.** PO Box 2026 Flint, MI 48501-2026 | X | - | | | Mortgage 83 Ocean Avenue Extension, York, ME | | | X | | |
| | | | | | Value $ 938,200.00 | | | | 250,000.00 | 224,584.45 |
| **Account No.** | | | | | 11/30/09 | | | | | |
| **Old School Financial, Inc.** PO Box 374 Milford, MA 01757 | X | - | | | Mortgage 31 Ocean Avenue Extension, York | | | X | | |
| | | | | | Value $ 824,400.00 | | | | 890,543.83 | 66,604.07 |
| **Account No.** | | | | | For Notification Purposes Only | | | | | |
| **Old School Financial, Inc.** c/o Jonathan M Flagg Glagg Law, PLLC 93 Middle Street Portsmouth, NH 03801 | | - | | | | | | | | |
| | | | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| **Account No.** | | | | | 3/1/11 | | | | | |
| **Onewest Bank, FSB** 888 East Walnut Street Pasadena, CA 91101 | X | - | | | Mortgage 3 Ravine Avenue, York, ME | | | | | |
| | | | | | Value $ 440,500.00 | | | | 426,764.11 | 0.00 |
| **Account No.** | | | | | For Notification Purposes Only | | | | | |
| **Onewest Bank, FSB** c/o Jeffrey Hardiman Bendett & McHugh, PC 270 Farmington Ave., Suite 131 Farmington, CT 06032 | | - | | | | | | | | |
| | | | | | Value $ 0.00 | | | | 0.00 | 0.00 |

Sheet __3__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    1,567,307.94    291,188.52

In re __LAO Properties, LLC__        Case No. ___11-21571___

_____
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 | X | - | 6/20/08<br><br>Mortgage<br><br>2 Beach Street, Units 2 & 5, York, ME<br><br>Value $      408,000.00 | | | | 155,061.00 | 0.00 |
| Account No.<br><br>Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 | X | - | 6/20/08<br><br>Mortgage<br><br>2 Beach Street, Unit 3, York, ME<br><br>Value $      269,500.00 | | | | 128,372.00 | 0.00 |
| Account No.<br><br>Optima Bank & Trust<br>c/o Christopher Mulligan<br>Bosen & Associates P.L.L.C<br>96 Chestnut Street<br>Portsmouth, NH 03801 | | - | For Notification Purposes Only<br><br>Value $      0.00 | | | | 0.00 | 0.00 |
| Account No.<br><br>Option One Morgage Corp.<br>PO Box 57096<br>Irvine, CA 92619 | X | - | 3/21/03<br><br>Mortgage<br><br>48 Broadway Street, York, ME<br><br>Value $      416,700.00 | | | X | 350,000.00 | 0.00 |
| Account No.<br><br>Powder Mill Property Management, LLC<br>c/o Jonathan M. Flagg<br>Flagg Law, PLLC<br>93 Middle Street<br>Portsmouth, NH 03801 | | - | For Notification Purposes Only<br><br>Value $      0.00 | | | | 0.00 | 0.00 |

Sheet _4_ of _10_ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      633,433.00      0.00

In re  **LAO Properties, LLC**          Case No. **11-21571**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 2/1/10 | | | | | |
| Powder Mill Road Property Management LLC 21 Continental Blvd. Suite 101 New Castle, NH 03854 | X | - | Mortgage<br><br>80 Ocean Avenue Extension, York, ME | | | X | | |
| | | | Value $ 1,244,500.00 | | | | 1,557,728.34 | 313,826.86 |
| Account No. | | | 8/19/10 | | | | | |
| Provident Funding Associates LP 1235 N. Dutton Ave., Suite E Santa Rosa, CA 95401 | X | - | Mortgage<br><br>48 Broadway Street, York, ME | | | | | |
| | | | Value $ 416,700.00 | | | | 353,732.26 | 287,504.93 |
| Account No. | | | For Notification Purposes Only | | | | | |
| Provident Funding Associates LP c/o Brent York Phillips,Olore, Dunlavey & York PA PO Box 1087 Presque Isle, ME 04769 | | - | | | | | | |
| | | | Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. | | | 11/25/08 | | | | | |
| Steve Nuzzo 741 Broadway Everett, MA 02149 | X | - | Mortgage<br><br>83 Ocean Avenue Extension, York, ME | | | | | |
| | | | Value $ 938,200.00 | | | | 200,000.00 | 200,000.00 |
| Account No. | | | 10/5/2001 | | | | | |
| TD Bank N.A. fka TD Banknorth Two Portland Square P.O. Box 9540 Portland, ME 04112-9540 | X | - | Mortgage<br><br>35 York Street, York, ME | | | | | |
| | | | Value $ 569,800.00 | | | | 150,000.00 | 0.00 |

Sheet **5** of **10** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)    **2,261,460.60**    **801,331.79**

In re    **LAO Properties, LLC**                 Case No.    **11-21571**

                                    Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| **Account No.** | | | | | For Notification Purposes Only | | | | | |
| TD Bank, N.A c/o Christopher Mulligan Bosen & Associates, P.L.L.C. 96 Chestnut Street Portsmouth, NH 03801 | | - | | | Value $        0.00 | | | | 0.00 | 0.00 |
| **Account No.** | | | | | 8/2/10 Judgment Lien See attached sheet | | | | | |
| The Bank of Maine 2 Canal Plaza Portland, ME 04101 | X | - | | | Value $      5,941,100.00 | | | | 512,737.22 | 483,943.18 |
| **Account No.** | | | | | 12/28/09 Mortgage 67 Ocean Avenue Extension, York, ME | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Mortgage Pass-Through Certificate 2006- FA6 30 Yr. 4000 Horizon Way Irving, TX 75063 | X | - | | | Value $      900,500.00 | | | | 974,953.99 | 74,903.19 |
| **Account No.** | | | | | 12/28/09 Mortgage 83 Ocean Avenue Extension, York, ME | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Mortgage Pass-Through Certificates FHAMS 2005-FA10 4000 Horizon Way Irving, TX 75063 | X | - | | | Value $      938,200.00 | | | | 911,978.94 | 0.00 |
| **Account No.** | | | | | 1/12/10 Mortgage 9 Kendall Road, York, ME | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Mortgage Pass-Through Certificates FHAMS 2007-AA3 4000 Horizon Way Irving, TX 75063 | X | - | | | Value $      718,000.00 | | | | 640,429.04 | 0.00 |

Sheet **6** of **10** continuation sheets attached to            Subtotal           3,040,099.19      558,846.37
Schedule of Creditors Holding Secured Claims        (Total of this page)

In re  **LAO Properties, LLC**                                    Case No.   **11-21571**

_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | For Notification Purposes Only | | | | | |
| The Bank of New York Mellon, Trustee c/o Brent York, Phillips, Olore PA Certificates FHAMS 2005-FA10 PO Box 1087 Presque Isle, ME 04769 | | - | | | | | | | |
| | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | For Notification Purposes Only | | | | | |
| The Bank of New York Mellon, Trustee First Horizon Certificate 2006 FA6 30 yr c/o Brent York Phillips, Olore P.A PO Box 1087 Presque Isle, ME 04769 | | - | | | | | | | |
| | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | For Notification Purposes Only | | | | | |
| The Bank of New York Mellon, Trustee c/o Brent York Phillips, Olore Certificates FHAMS 2007-AA3 PO Box 1087 Presque Isle, ME 04769 | | - | | | | | | | |
| | | | | Value $              0.00 | | | | 0.00 | 0.00 |
| Account No. | | | | 7/1/11 | | | | | |
| Town of York 186 York Street York, ME 03909 | X | - | | Statutory Tax Lien<br><br>80 Ocean Avenue Extension | | | | | |
| | | | | Value $       1,244,500.00 | | | | 96.86 | 0.00 |
| Account No. | | | | 7/18/11 | | | | | |
| Town of York 186 York Street York, ME 03909 | X | - | | Statutory Tax Lien<br><br>26 Brickyard Court, Units 1 & 2, York, ME | | | | | |
| | | | | Value $          240,000.00 | | | | 2,396.62 | 0.00 |

Sheet __7__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)                                          2,493.48          0.00

In re    **LAO Properties, LLC**                                    Case No.    **11-21571**
_____
                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | 7/15/11 | | | | | |
| Town of York 186 York Street York, ME 03909 | X | - | Statutory Tax Lien<br><br>2 Beach Street, Units 2 & 5, York, ME | | | | | |
| | | | Value $         408,000.00 | | | | 7,194.50 | 0.00 |
| Account No. | | | 7/18/11 | | | | | |
| Town of York 186 York Street York, ME 03909 | X | - | Statutory Tax Lien<br><br>2 Beach Street, Unit 3, York, ME | | | | | |
| | | | Value $         269,500.00 | | | | 1,938.21 | 0.00 |
| Account No. | | | 7/18/11 | | | | | |
| Town of York 186 York Street York, ME 03909 | X | - | Statutory Tax Lien<br><br>1 Varrell Lane, Unit 19, York, ME | | | | | |
| | | | Value $          97,000.00 | | | | 994.03 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien<br><br>31 Ocean Avenue Extension, York, ME | | | X | | |
| | | | Value $         824,400.00 | | | | 460.24 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien<br><br>67 Ocean Avenue Extension, York, ME | | | X | | |
| | | | Value $         900,500.00 | | | | 449.20 | 0.00 |

Sheet  **8**  of **10**    continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 11,036.18 | 0.00 |

In re   **LAO Properties, LLC**                                                    Case No. ___**11-21571**___
_____
                              Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H | W J | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | 7/1/11 | | | | | |
| **York Sewer District 21 Bay Haven Road York Beach, ME 03910** | X | - | | | **Statutory Tax Lien** **80 Ocean Avenue Extension, York, ME** | | | X | | |
| | | | | | Value $          **1,244,500.00** | | | | **501.66** | **0.00** |
| Account No. | | | | | 7/1/11 | | | | | |
| **York Sewer District 21 Bay Haven Road York Beach, ME 03910** | X | - | | | **Statutory Tax Lien** **83 Ocean Avenue Extension, York, ME** | | | X | | |
| | | | | | Value $           **938,200.00** | | | | **805.56** | **0.00** |
| Account No. | | | | | 7/1/11 | | | | | |
| **York Sewer District 21 Bay Haven Road York Beach, ME 03910** | X | - | | | **Statutory Tax Lien** **3 Ravine Avenue, York, ME** | | | X | | |
| | | | | | Value $           **440,500.00** | | | | **449.20** | **0.00** |
| Account No. | | | | | 7/1/11 | | | | | |
| **York Sewer District 21 Bay Haven Road York Beach, ME 03910** | X | - | | | **Statutory Tax Lien** **35 York Street, York, ME** | | | X | | |
| | | | | | Value $           **569,800.00** | | | | **1,239.53** | **0.00** |
| Account No. | | | | | 7/1/11 | | | | | |
| **York Sewer District 21 Bay Haven Road York Beach, ME 03910** | X | - | | | **Statutory Tax Lien** **26 Brickyard Court, Units 1 & 2, York, ME** | | | X | | |
| | | | | | Value $           **240,000.00** | | | | **488.48** | **0.00** |

Sheet __**9**__ of __**10**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal          **3,484.43**          **0.00**
(Total of this page)

In re    **LAO Properties, LLC**                                      Case No.    **11-21571**
_____
                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien<br><br>48 Broadway Street, York, ME | | | X | | |
| | | | Value $        416,700.00 | | | | 472.67 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien<br><br>9 Kendall Road, York, ME | | | X | | |
| | | | Value $        718,000.00 | | | | 475.43 | 0.00 |
| Account No. | | | 7/1/11 | | | | | |
| York Sewer District 21 Bay Haven Road York Beach, ME 03910 | X | - | Statutory Tax Lien<br><br>1 Varrell Lane, Unit 19, York, ME | | | X | | |
| | | | Value $         97,000.00 | | | | 385.69 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __10__ of __10__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | 1,333.79 | 0.00 |
| Total<br>(Report on Summary of Schedules) | 10,840,086.81 | 3,685,760.31 |

In re     **LAO Properties, LLC**                                                    Case No. ____**11-21571**____
                          Debtor

# SCHEDULE H - CODEBTORS - AMENDED

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state; commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AKR Management, LLC**<br>**26 Brickyard Court, #6**<br>**York, ME 03909** | **Optima Bank & Trust**<br>**Two Harbour Place**<br>**PO Box 553**<br>**Portsmouth, NH 03802** |
| **AKR Management, LLC**<br>**26 Brickyard Court, #6**<br>**York, ME 03909** | **Destefano & Associates, Inc.**<br>**2456 Lafayette Road**<br>**Portsmouth, NH 03801** |
| **AKR Management, LLC**<br>**26 Brickyard Court, #6**<br>**York, ME 03909** | **Town of York**<br>**186 York Street**<br>**York, ME 03909** |
| **Atlantic House at York Beach LLC**<br>**2 Beach Street**<br>**York Beach, ME 03910** | **Destefano & Associates, Inc.**<br>**2456 Lafayette Road**<br>**Portsmouth, NH 03801** |
| **Atlantic Kearsarge Parking Lot LLC**<br>**c/o Richard H. Spencer, Jr. (Reg. Agent)**<br>**Jensen Baird Gardner & Henry**<br>**P.O. Box 4510**<br>**Portland, ME 04112-4510** | **Destefano & Associates, Inc.**<br>**2456 Lafayette Road**<br>**Portsmouth, NH 03801** |
| **Donald Rivers**<br>**P.O. Box 549**<br>**York Beach, ME 03910** | **Bangor Savings Bank**<br>**P.O. Box 930**<br>**Bangor, ME 04402-0930** |
| **Donald Rivers**<br>**P.O. Box 549**<br>**York Beach, ME 03910** | **DDP Florida Investments, LLC**<br>**1 New Hampshire Ave.**<br>**Suite 125**<br>**Portsmouth, NH 03801** |
| **Donald Rivers**<br>**P.O. Box 549**<br>**York Beach, ME 03910** | **Steve Nuzzo**<br>**741 Broadway**<br>**Everett, MA 02149** |
| **Donald Rivers**<br>**P.O. Box 549**<br>**York Beach, ME 03910** | **Powder Mill Road Property Management LLC**<br>**21 Continental Blvd. Suite 101**<br>**New Castle, NH 03854** |
| **Harold E. Anderson**<br>**3973 Main Street**<br>**Pittsford, VT 05763** | **Bangor Savings Bank**<br>**P.O. Box 930**<br>**Bangor, ME 04402-0930** |
| **Harold E. Anderson**<br>**3973 Main Street**<br>**Pittsford, VT 05763** | **The Bank of Maine**<br>**2 Canal Plaza**<br>**Portland, ME 04101** |

**8**

____ continuation sheets attached to Schedule of Codebtors

# SCHEDULE H - CODEBTORS - AMENDED
## (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Harold E. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Jessica L. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | The Bank of Maine<br>2 Canal Plaza<br>Portland, ME 04101 |
| Jessica L. Anderson<br>3973 Main Street<br>Pittsford, VT 05763 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Julie Key<br>275 Stone Meadow Drive<br>Bowling Green, KY 42103 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Juniper Cottage Inc.<br>c/o Gregory J. Orson (Registered Agent)<br>P.O. Box 545<br>York, ME 03909 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| Kearsarge House, LLC<br>c/o Richard H. Spencer, Jr. (Reg. Agent)<br>Jensen Baird Gardner & Henry<br>P.O. Box 4510<br>Portland, ME 04112-4510 | The Bank of Maine<br>2 Canal Plaza<br>Portland, ME 04101 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Bangor Savings Bank<br>P.O. Box 930<br>Bangor, ME 04402-0930 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | The Bank of Maine<br>2 Canal Plaza<br>Portland, ME 04101 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificate 2006- FA6 30 Yr.<br>4000 Horizon Way<br>Irving, TX 75063 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificates FHAMS 2005-FA10<br>4000 Horizon Way<br>Irving, TX 75063 |

Sheet  __1__  of  __8__  continuation sheets attached to the Schedule of Codebtors

## SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Onewest Bank, FSB<br>888 East Walnut Street<br>Pasadena, CA 91101 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Ann Marie Mirabito<br>PO Box 805<br>York, ME 03909 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Option One Morgage Corp.<br>PO Box 57096<br>Irvine, CA 92619 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Provident Funding Associates LP<br>1235 N. Dutton Ave., Suite E<br>Santa Rosa, CA 95401 |
| Lorri A. O'Brien<br>Rivers By The Sea<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Lancaster Condominium Association<br>PO Box 1159<br>York Harbor, ME 03911 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Steve Nuzzo<br>741 Broadway<br>Everett, MA 02149 |

Sheet __2__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re    LAO Properties, LLC                                          Case No.   11-21571
                                    _____
                                              Debtor

## SCHEDULE H - CODEBTORS - AMENDED    SCH
                              (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Deutsche National Bank Indenture Trustee<br>American Home Mortgage<br>Investment Trust 2005-2<br>1525 S. Beltline Road<br>Coppell, TX 75019 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Mortgage Electronic Registration System,<br>as nominee for<br>Nation One Mortgage Company, Inc.<br>PO Box 2026<br>Flint, MI 48501-2026 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | JPMorgan Chase Bank, N.A.<br>fka EMC Mortgage<br>Attn:  Bankruptcy Department<br>P.O. Box 24696<br>Columbus, OH 43224-0696 |
| Lorri A. O'Brien<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Mortgage Electronic Registration System,<br>as nominee for First Horizon Home<br>Mortgage Corp.<br>PO Box 2026<br>Flint, MI 48501-2026 |
| Lorri A. O'Brien, Trustee<br>Bernard Realty Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Bernard Realty Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Old School Financial, Inc.<br>PO Box 374<br>Milford, MA 01757 |
| Lorri A. O'Brien, Trustee<br>Bernard Realty Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificate 2006- FA6 30 Yr.<br>4000 Horizon Way<br>Irving, TX 75063 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | DDP Florida Investments, LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |

Sheet __3__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re __LAO Properties, LLC_____     Case No. ___11-21571___
                                                    Debtor

## SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien, Trustee<br>Dutch Trust<br>PO Box 142<br>York, ME 03909 | Powder Mill Road Property Management LLC<br>21 Continental Blvd. Suite 101<br>New Castle, NH 03854 |
| Lorri A. O'Brien, Trustee<br>Dutch Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>Dutch Trust<br>PO Box 142<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |
| Lorri A. O'Brien, Trustee<br>The Cahill Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>The Cahill Trust<br>PO Box 142<br>York, ME 03909 | Steve Nuzzo<br>741 Broadway<br>Everett, MA 02149 |
| Lorri A. O'Brien, Trustee<br>Ravine Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>York Street Trust<br>PO Box 142<br>York, ME 03909 | TD Bank N.A. fka TD Banknorth<br>Two Portland Square<br>P.O. Box 9540<br>Portland, ME 04112-9540 |
| Lorri A. O'Brien, Trustee<br>York Street Trust<br>PO Box 142<br>York, ME 03909 | Deutsche National Bank Indenture Trustee<br>American Home Mortgage<br>Investment Trust 2005-2<br>1525 S. Beltline Road<br>Coppell, TX 75019 |
| Lorri A. O'Brien, Trustee<br>York Street Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>Brickyard Court Trust<br>PO Box 142<br>York, ME 03909 | Ann Marie Mirabito<br>PO Box 805<br>York, ME 03909 |

Sheet __4__ of __8__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien, Trustee<br>Brickyard Court Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>Brickyard Court Trust<br>PO Box 142<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |
| Lorri A. O'Brien, Trustee<br>Rivers By The Sea Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Atlantic House Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Lancaster Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | D.D.P. LLC<br>1 New Hampshire Ave.<br>Suite 125<br>Portsmouth, NH 03801 |
| Lorri A. O'Brien, Trustee<br>Lancaster Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Lancaster Condominium Association<br>PO Box 1159<br>York Harbor, ME 03911 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | Town of York<br>186 York Street<br>York, ME 03909 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Lorri A. O'Brien, Trustee<br>RBS Trust<br>PO Box 142<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |

Sheet __5__ of __8__ continuation sheets attached to the Schedule of Codebtors

## SCHEDULE H - CODEBTORS - AMENDED
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Lorri A. O'Brien, Trustee<br>Ravine Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | Mortgage Electronic Registration System,<br>as nominee for<br>Nation One Mortgage Company, Inc.<br>PO Box 2026<br>Flint, MI 48501-2026 |
| Lorri A. O'Brien, Trustee<br>Ravine Trust<br>26 Brickyard Court<br>Suite 6<br>York, ME 03909 | JPMorgan Chase Bank, N.A.<br>fka EMC Mortgage<br>Attn: Bankruptcy Department<br>P.O. Box 24696<br>Columbus, OH 43224-0696 |
| Lorri A. O'Brien, Trustee<br>The Cahill Trust<br>PO Box 142<br>York, ME 03909 | Mortgage Electronic Registration System,<br>as nominee for First Horizon Home<br>Mortgage Corp.<br>PO Box 2026<br>Flint, MI 48501-2026 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Central Maine Power<br>P.O. Box 1084<br>Augusta, ME 04332-1084 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | D.F. Richard Energy<br>PO Box 669<br>Dover, NH 03821 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | FairPoint Communications<br>P.O. Box 11021<br>Lewiston, ME 04243-9472 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Perkins Propane<br>588 Bond Spring Road<br>West Newfield, ME 04095 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Premium Financing Specialists<br>PO Box 905849<br>Charlotte, NC 28290 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Proulx Oil & Propane<br>1 Simons Lane<br>PO Box 419<br>Newmarket, NH 03857 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | Time Warner Cable of Maine<br>PO Box 1034<br>Buffalo, NY 14240-1034 |
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |

Sheet __6__ of __8__ continuation sheets attached to the Schedule of Codebtors

## SCHEDULE H - CODEBTORS - AMENDED
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mary Rivers d/b/a Rivers By The Sea<br>PO Box 549<br>York Beach, ME 03910 | York Water District<br>PO Box 447<br>York, ME 03909 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | Provident Funding Associates LP<br>1235 N. Dutton Ave., Suite E<br>Santa Rosa, CA 95401 |
| Paul O'Brien<br>Rivers By The Sea<br>26 Brickyard Court, #6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificates FHAMS 2007-AA3<br>4000 Horizon Way<br>Irving, TX 75063 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | York Sewer District<br>21 Bay Haven Road<br>York Beach, ME 03910 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | Optima Bank & Trust<br>Two Harbour Place<br>PO Box 553<br>Portsmouth, NH 03802 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificates FHAMS 2005-FA10<br>4000 Horizon Way<br>Irving, TX 75063 |
| Paul O'Brien<br>26 Brickyard Court, #6<br>York, ME 03909 | Mortgage Electronic Registration System,<br>as nominee for First Horizon Home<br>Mortgage Corp.<br>PO Box 2026<br>Flint, MI 48501-2026 |
| Steve Nuzzo<br>741 Broadway<br>Everett, MA 02149 | The Bank of New York Mellon, Trustee<br>First Horizon Mortgage Pass-Through<br>Certificates FHAMS 2005-FA10<br>4000 Horizon Way<br>Irving, TX 75063 |
| Two Beach Street LLC<br>c/o CT Corporation System<br>its Registered Agent<br>One Portland Square<br>Portland, ME 04101 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |

Sheet __7__ of __8__ continuation sheets attached to the Schedule of Codebtors

In re   LAO Properties, LLC                                    Case No.   11-21571
                                        Debtor

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| Witch1 Production LLC<br>c/o Erika L. McCauley<br>Its Registered Agent<br>P.O. Box 730<br>York Beach, ME 03910 | Destefano & Associates, Inc.<br>2456 Lafayette Road<br>Portsmouth, NH 03801 |

Sheet __8__ of __8__ continuation sheets attached to the Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Maine

In re   LAO Properties, LLC _____          Case No.   11-21571 _____
                                    Debtor(s)                Chapter    11 _____

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _20_ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _December 15, 2011_          Signature _Lorri O'Brien_

                                                   **Lorri O'Brien**
                                                 **Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Maine

In re   **LAO Properties, LLC**

Debtor(s)

Case No.   **11-21571**
Chapter   **11**

## SUPPLEMENTAL
## CERTIFICATION OF CREDITOR MATRIX

      I hereby certify that the attached matrix, consisting of __1__ page, includes the names and addresses of all

supplemental creditors listed on the debtor's amended schedules.

Date:   12/15/11

Signature of Attorney
~~D. Sam Anderson~~ Jeremy R Fischer
**Bernstein, Shur, Sawyer & Nelson, P.A.**
**100 Middle Street**
**P.O. Box 9729**
**Portland, ME 04112-5029**
**(207) 774-1200   Fax: (207) 774-1127**

Atlantic House at York Beach LLC
2 Beach Street
York Beach, ME 03910


Donald Rivers
PO Box 549
York Beach, ME 03910


JPMorgan Chase Bank, N.A.
fka EMC Mortgage
Attn: Bankruptcy Department
P.O. Box 24696
Columbus, OH 43224-0696


Kearsarge House, LLC
c/o Richard H. Spencer, Jr. (Reg. Agent)
Jensen Baird Gardner & Henry
PO Box 4510
Portland, ME 04112-4510


Mortgage Electronic Registration System,
as nominee for Nation One Mortgage
Company, Inc.
PO Box 2026
Flint, MI 48501-2026


Mortgage Electronic Registration System,
as nominee for First Horizon Mortgage
Corp
PO Box 2026
Flint, MI 48501-2026


Mortgage Electronic Registration Systems
1818 Library Street
Suite 300
Reston, VA 20190