## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MAINE

|  |  |
|---|---|
| In re: ) ) | |
| LAO PROPERTIES, LLC, ) ) ) | Chapter 11<br>Case No. 11-21571 |
| Debtor. ) ) | |

### NOTICE OF AGREEMENT IN LIEU OF OBJECTION

**NOW COMES** Bangor Savings Bank ("BSB"), by and through its undersigned counsel, and advises the Court that it has reached an agreement with the Debtor to resolve its potential objections, subject to the following language appearing in any proposed form of confirmation order for any plan presented by the Debtor in this case:

> Nothing in the Plan or this Confirmation Order discharges, releases, modifies, satisfies, retires, or cancels any debt owed by Harold E. Anderson, Lorri A. O'Brien and Donald Rivers (collectively, the "Individuals") to Bangor Savings Bank ("BSB") as evidenced by a certain promissory note dated May 13, 2008 in the amount of $50,000 (the "Debt"), as such Debt relates to the Individuals.  Further, nothing in the Plan or this Confirmation Order enjoins or otherwise bars BSB from asserting or enforcing the Debt against the Individuals, except that: (a) any payments made by the Individuals to BSB shall reduce the Debt owed by the Debtor; and (b) any payments made by the Debtor to BSB shall reduce the Debt owed by the Individuals.

If this agreement requires the Debtor to submit a revised form of confirmation order prior to entry by the Court, the Debtor expressly agrees to do so.  This notice is submitted in lieu of a formal objection, with all BSB's rights to object expressly reserved.

**[Remainder of Page Intentionally Left Blank]**

3751865_1.DOC

Dated: February 16, 2012     */s/ Nathaniel R. Hull*
Nathaniel R. Hull, Esq.
VERRILL DANA LLP
Counsel for Bangor Savings Bank
One Portland Square
P O Box 586
Portland, ME 04112-0586
Tel: (207) 774-4000
E-mail: nhull@verrilldana.com;
bankr@verrilldana.com


SEEN AND AGREED TO:


*/s/ Jeremy R. Fischer*
Jeremy R. Fischer, Esq.
BERNSTEIN SHUR
Counsel for Debtor
100 Middle Street
P O Box 427
Portland, ME 04112
Tel: 207-228-7371
jfischer@bernsteinshur.com

3751865_1.DOC