EXHIBIT B

# CHANGE IN TERMS AGREEMENT

| Principal | Loan Date | Maturity | Loan No | Call / Coll | Account | Officer | Initials |
|---|---|---|---|---|---|---|---|
| $150,000.00 | 07-10-2003 | | 00000001 | | 0000127439 | 700M | |

References in the shaded area are for Lender's use only and do not limit the applicability of this document to any particular loan or item.
Any item above containing "****" has been omitted due to text length limitations.

**Borrower:** Mary Rivers
PO Box 549
York Beach, ME 03910

**Lender:** Banknorth, N.A.
Peoples Heritage Bank
One Portland Square
Portland, ME 04112

---

**Principal Amount: $150,000.00**            **Date of Agreement: July 10, 2003**

**DESCRIPTION OF EXISTING INDEBTEDNESS.** The Promissory Note from Borrower to Peoples Heritage Bank dated October 5, 2001, in the original principal amount of $100,000.00, together with all modifications and renewals. Banknorth, N.A., F/K/A Peoples Heritage Bank, F/K/A Peoples Heritage Savings Bank A/K/A Peoples Heritage Bank.

**DESCRIPTION OF CHANGE IN TERMS.** Modify interest rate from Wall Street Journal Prime Rate plus 2.50% adjusted daily to Banknorth, N.A. Base Rate plus 2.50% adjusted daily. The Promissory Note evidences a Revolving Line of Credit which will be reviewed annually beginning January 5, 2004 and renewal will be at the sole and absolute discretion of the Bank.

**CONTINUING VALIDITY.** Except as expressly changed by this Agreement, the terms of the original obligation or obligations, including all agreements evidenced or securing the obligation(s), remain unchanged and in full force and effect. Consent by Lender to this Agreement does not waive Lender's right to strict performance of the obligation(s) as changed, nor obligate Lender to make any future change in terms. Nothing in this Agreement will constitute a satisfaction of the obligation(s). It is the intention of Lender to retain as liable parties all makers and endorsers of the original obligation(s), including accommodation parties, unless a party is expressly released by Lender in writing. Any maker or endorser, including accommodation makers, will not be released by virtue of this Agreement. If any person who signed the original obligation does not sign this Agreement below, then all persons signing below acknowledge that this Agreement is given conditionally, based on the representation to Lender that the non-signing party consents to the changes and provisions of this Agreement or otherwise will not be released by it. This waiver applies not only to any initial extension, modification or release, but also to all such subsequent actions.

**FINANCIAL STATEMENTS.** The Borrower(s) will deliver to the Lender the following: a. Financial Statements of the Borrower(s) and Guarantor(s) as may be required by the Lender at any time. Notwithstanding the aforementioned, the following shall apply: Financial Provision: Sixty (60) days prior to the anniversary date of this obligation, Borrower will provide Lender with the most current financial statement and federal income tax return, including all schedules, and any other additional financial and business records and information as may be requested by the Lender. Failure on the part of the Borrower(s) or Guarantor(s) to so provide such information upon request by Lender shall constitute a default under this Note or Agreement, and action may be taken as set forth in the Lender's Rights paragraph of this Note or Agreement. b. Waiver on one occasion shall not be construed as a bar to or waiver of any such right to request financial statements and/or information on any future occasion.

**LOAN FEES & COSTS.** Borrower recognizes that Lender has incurred and will continue to incur certain costs and expenses in connection with establishing, maintaining, servicing, and administering the credit facility. To ensure that Lender is able to recover such costs and expenses, Borrower agrees that, notwithstanding any other provision of this Agreement, the Promissory Note, or the related documents, Lender shall be entitled to collect an annual renewal fee, which Borrower hereby promises and agrees to pay, in addition to such other fees as incurred by Lender from time to time.

**RENEWAL OF REVOLVING LINE OF CREDIT.** This Promissory Note evidences a Revolving Line of Credit which will be reviewed annually beginning January 5, 2004 and on each successive January 5th after that, and renewal will be at the sole and absolute discretion of the Bank.

PRIOR TO SIGNING THIS AGREEMENT, BORROWER READ AND UNDERSTOOD ALL THE PROVISIONS OF THIS AGREEMENT, INCLUDING THE VARIABLE INTEREST RATE PROVISIONS. BORROWER AGREES TO THE TERMS OF THE AGREEMENT.

BORROWER:

X _/s/ Mary Rivers_____
Mary Rivers, Individually

LASER PRO Lending, Ver. 5.21.50.002 Copr. Harland Financial Solutions, Inc. 1997, 2003. All Rights Reserved. - ME G:\APPLIC\LASERPRO\PROD\CFI\LPL\D20C.FC TR-3663 PR-4