**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **In Re: LAO Properties, LLC** | |
| **Debtor.** | |
| **TD Bank, N.A.,** | **Chapter: 11** |
| **Movant,** | **Case Number: 11-21571** |
| v. | |
| **LAO Properties, LLC,** | |
| **Respondent.** | |

**ORDER GRANTING MOTION BY TD BANK, N.A. FOR RELIEF FROM AUTOMATIC STAY**
*(Relating to real estate located at or near 35 York Street, York, Maine)*

Upon the Motion by TD Bank, N.A. for Relief from Automatic Stay, after notice and hearing, good cause having been shown, it is hereby ordered that the Automatic Stay imposed by 11 U.S.C. § 362 be and hereby is modified to allow TD Bank, N.A. to enforce its state law rights under a Mortgage and Security Agreement, dated October 5, 2011, recorded in the York County Registry of Deeds in Book 11018, Page 195, covering real property located at or near 35 York Street in York, Maine, including by seeking foreclosure with respect to such mortgage.

Dated at Portland, Maine this _____ day of _____, 2012.

_____
Judge, United States Bankruptcy Court
for the District of Maine