# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **In Re: LAO Properties, LLC** | * | |
| | * | |
| **Debtor.** | * | |
| | * | |
| | * | |
| **TD Bank, N.A.,** | * | **Chapter: 11** |
| | * | |
| **Movant,** | * | **Case Number: 11-21571** |
| v. | * | |
| | * | |
| **LAO Properties, LLC,** | * | |
| | * | |
| **Respondent.** | * | |

### NOTICE OF HEARING
*(Relating to real estate located at or near 35 York Street, York, Maine)*

The hearing on the TD Bank, N.A.'s Motion for Relief From Automatic Stay will be held on March 20, 2012 at 9:00 am in the United States Bankruptcy Court located in Portland. The deadline for filing objections is March 13, 2012.

**DATED** at Portland, Maine, this 22nd day of February, 2012.

/s/ Bradford R. Bowman
Bradford R. Bowman, Me. BRN: 9193
Attorney for TD Bank, N.A.

THOMPSON, BULL, FUREY, BASS & MACCOLL, LLC, P.A.
120 Exchange Street, 6th Floor
P. O. Box 447
Portland, ME 04112-0447
(207) 774-7600
<bbowman@thomport.com>

### CERTIFICATE OF SERVICE

I, Bradford R. Bowman, attorney for TD Bank, N.A. do hereby certify that on February 22, 2012, I made due service of the above Notice of Hearing by electronically filing the same using the Court's CM/ECF system.

/s/ Bradford R. Bowman
Bradford R. Bowman, Me. BRN: 9193
Attorney for TD Bank, N.A.