# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **In Re: LAO Properties, LLC** | * | |
| | * | |
| **Debtor.** | * | |
| | * | |
| | * | |
| **TD Bank, N.A.,** | * | **Chapter: 11** |
| | * | |
| **Movant,** | * | **Case Number: 11-21571** |
| v. | * | |
| | * | |
| **LAO Properties, LLC,** | * | |
| | * | |
| **Respondent.** | * | |

## CERTIFICATE OF SERVICE

     I, Bradford R. Bowman, attorney for TD Bank, N.A. do hereby certify that on February 22, 2012, I made service of the above Motion by TD Bank, N.A. for Relief From Automatic Stay together with its exhibits, a proposed Order and a Notice of Hearing by electronically filing the same using the Court's CM/ECF system. In addition, the same documents were served by regular mail on each of the creditors listed in the Debtor's List of Creditors Holding 20 Largest Unsecured Claims [Document Number 2] at the mailing addresses listed therein, and to the Debtor at the following address: LAO Properties, LLC, 26 Brickyard Court, Suite 6, York, Maine 03909.

                                          /s/ Bradford R. Bowman
                                          Bradford R. Bowman, Me. BRN: 9193
                                          Attorney for TD Bank, N.A.

THOMPSON, BULL, FUREY, BASS & MACCOLL, LLC, P.A.
120 Exchange Street, 6th Floor
P. O. Box 447
Portland, ME 04112-0447
(207) 774-7600
<bbowman@thomport.com>