**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

In Re:

LAO Properties, LLC
        Case No. : 11-21571  )
                   )
The Bank of New York Mellon f/k/a The Bank of New York, )
as Trustee for the holders of the Certificates, First Horizon )
Mortgage Pass-Through Certificates Series FHAMS 2006-FA6 )
30 YR, by First Horizon Home Loans, a division of )
First Tennessee Bank National Association, Master Servicer, )
in its capacity as agent for the Trustee under the )
Pooling and Servicing Agreement )
        MOVANT  )  **CHAPTER 11**
  vs.              )
                   )
LAO Properties. LLC       )
        DEBTOR(S)  )

**AMENDED WRITTEN RESPONSE TO DEBTOR'S DISCLOSURE STATEMENT
IN SUPPORT OF PLAN OF REORGANIZATION
AND REQUEST FOR LEAVE TO FILE LATE RESPONSE**

  NOW COMES The Bank of New York, creditor in the above matter and responds to Debtors Disclosure Statement as follows:

  1. Debtor's Disclosure Statement values the real property secured by the creditor's mortgage loan below the actual fair market value of said property located at 67 Ocean Avenue.

  2. Creditor requests that the property be properly appraised and evaluated so that the plan of reorganization reflects an accurate assessment of the property.

  3. The plan does not provide for the creditor to receive distributions with a value equal to the allowed amount of its claim as required by 11 USCA § 1325(a)(5)(B)(ii).

  4. Counsel further requests leave to file this Written Request late due to counsel's unexpected heart by-pass surgery requiring hospitalization from February 11th -20th.

  WHEREFORE, creditor prays that the court deny confirmation of the plan.

  DATED: February 28, 2012            Signed /s/ Brent A. York
                                       Brent A. York, Esquire

# CERTIFICATE OF SERVICE

I, Brent A. York, Esquire, hereby certify that I have this date forwarded a copy of secured creditor's Written Response to Debtor's Disclosure Statement, by forwarding a copy thereof in a self-addressed envelope, addressed as follows, to wit:

LAO Properties, LLC
26 Brickyard Court, Suite 6
York, Maine 03909

D. Sam Anderson, Esq. and Jeremy Fischer
Bernstein Shur, Sawyer and Nelson
100 Middle Street, West Tower
Portland, Maine 04101
(Electronic)

Office of the United States
537 Congress Street, Rm. 302
Portland, Maine 04101
(Electronic)

Office of the US Trustee

DATED: February 28, 2012

Signed  /s/ Brent A. York
Brent A. York, Esquire

PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.
480 Main Street, P.O. Box 1087
Presque Isle, ME  04769
207/769-2361