**EXHIBIT A**
**Annual Budget**
**2012**

| | 9 Kendall Road | 2 Beach St. U. 2 & 5 | 31 Ocean Ave. | 48 Broadway | 83 Ocean Ave. | 80 Ocean | 3 Ravine Ave. | 67 Ocean Ave. | 2 Beach St. U. 3 | 35 York St. | TOTALS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenues | $65,300.00 | $24,000.00 | $69,000.00 | $26,000.00 | $104,500.00 | $116,000.00 | $35,000.00 | $75,000.00 | $14,400.00 | $30,000.00 | $559,200.00 |
| | | | | | | | | | | | |
| Commission | $6,530.00 | $0.00 | $6,900.00 | $2,600.00 | $10,450.00 | $11,600.00 | $3,500.00 | $0.00 | $0.00 | $3,000.00 | $44,580.00 |
| Condominium Fees | $0.00 | $2,960.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,820.00 | $0.00 | $4,780.00 |
| Insurance | $1,947.00 | $0.00 | $4,213.00 | $2,671.80 | $2,466.00 | $2,590.00 | $2,001.00 | $1,130.00 | $0.00 | $3,025.00 | $20,043.80 |
| Accounting Fees | $660.00 | $600.00 | $660.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $600.00 | $6,120.00 |
| Property Taxes | $6,721.68 | $3,814.80 | $7,708.20 | $3,896.16 | $8,814.24 | $11,636.00 | $4,118.64 | $8,419.68 | $1,849.08 | $5,327.64 | $62,306.12 |
| Repairs/Maintenance | $3,265.00 | $0.00 | $3,450.00 | $1,300.00 | $5,225.00 | $5,800.00 | $1,750.00 | $3,750.00 | $0.00 | $1,500.00 | $26,040.00 |
| Heat | $4,000.00 | $0.00 | $500.00 | $500.00 | $1,200.00 | $2,500.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,700.00 |
| Utilities | $6,502.54 | $2,217.56 | $7,025.70 | $1,601.29 | $2,466.79 | $5,504.66 | $547.58 | $5,876.89 | $2,326.80 | $0.00 | $34,069.81 |
| TOTAL EXPENSES | $29,626.22 | $9,592.36 | $30,456.90 | $13,169.25 | $31,222.03 | $40,230.66 | $12,517.22 | $19,776.57 | $6,595.88 | $13,452.64 | $206,639.73 |
| | | | | | | | | | | | |
| NET/BEFORE D.S. | $35,673.78 | $14,407.64 | $38,543.10 | $12,830.75 | $73,277.97 | $75,769.34 | $22,482.78 | $55,223.43 | $7,804.12 | $16,547.36 | $352,560.27 |
| | | | | | | | | | | | |
| DEBT SERVICE | $20,047.20 | $8,325.48 | $53,949.96 | $15,246.12 | $38,297.28 | $90,999.96 | $18,888.48 | $47,611.44 | $4,162.80 | $25,340.76 | $322,869.48 |
| | | | | | | | | | | | |
| NET/AFTER D.S. | $15,626.58 | $6,082.16 | ($15,406.86) | ($2,415.37) | $34,980.69 | ($15,230.62) | $3,594.30 | $7,611.99 | $3,641.32 | ($8,793.40) | $29,690.79 |