UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

In re:

LAO PROPERTIES, LLC,

Debtor.

Chapter 11

Case No. 11-21571

**ORDER APPROVING DEBTOR'S DISCLOSURE STATEMENT, SETTING DATE FOR CONFIRMATION HEARING, AND ESTABLISHING DEADLINES FOR RECEIPT OF BALLOTS AND FILING OF RULE 3018(a) MOTIONS**

Upon consideration of the Disclosure Statement with Respect to Plan of Reorganization of LAO Properties, LLC (the "Debtor") Dated March 2, 2012 (the "Disclosure Statement"), and notice having been given and the Court having held a hearing on the adequacy of the Disclosure Statement (the "Hearing"), and the Court finding that notice of the Hearing was adequate under the circumstances, the Disclosure Statement is hereby approved in all respects, and the Court finds that the Disclosure Statement contains adequate information as required by 11 U.S.C. § 1125. The Court further orders the following:

**I. Confirmation Hearing**

1. A hearing on confirmation of the Plan of Reorganization of LAO Properties, LLC Dated March 2, 2012 (the "Plan") shall be held on **April 25, 2012 at 11:30 a.m.** (the "Confirmation Hearing") before the Honorable James B. Haines, Jr., United States Bankruptcy Judge for the District of Maine, 537 Congress Street, Portland, Maine. The Confirmation Hearing may be continued from time to time by announcement of such continuances in open court and the Plan may be modified under 11 U.S.C. § 1127 before, during, or as a result of the Confirmation Hearing, all without further notice to parties-in-interest other than notice in open court at the Confirmation Hearing.

## II. Deadline and Procedures for Objections to Confirmation

2. The deadline for filing and serving written objections to confirmation of the Plan shall be **April 13, 2012** (the "Objection Deadline").

3. Objections must be in writing and must be both (a) filed with the Clerk of the Bankruptcy Court and (b) served in accordance with Fed. R. Bankr. P. 3020(b) and this paragraph. Specifically, to be considered, objections must be filed no later than the Objection Deadline with the Clerk of the Bankruptcy Court for the District of Maine, 537 Congress Street, Portland, Maine 04101; and served so it is actually received on or before the Objection Deadline. Objections must also be served on the Debtor's attorney as follows:

> Sam Anderson, Esq.
> Bernstein, Shur, Sawyer & Nelson, P.A.
> 100 Middle Street, P.O. Box 9729
> Portland, Maine 04104-5029

Objections not in writing and objections not timely filed and served in accordance with this Order shall not be considered by the Court, and shall be overruled.

## III. Deadline for Temporary Allowance of Claims for Voting Purposes

4. Except as otherwise noted in this paragraph, the deadline for filing and serving any motion under Fed. R. Bankr. P. 3018(a) (the "Rule 3018(a) Motions") seeking temporary allowance of a claim for the purpose of accepting or rejecting the Plan, shall be April 13, 2012 (the "Rule 3018(a) Deadline"). A hearing to consider and determine all Rule 3018(a) Motions shall be held on **April 25, 2012 at 11:30 a.m.** before this Court. All Rule 3018(a) Motions must be in writing and must be served so they are actually received no later than the Rule 3018(a) Deadline by the parties listed in paragraph 3 of this Order.

5. Rule 3018(a) Motions not timely filed and served in accordance with this Notice shall not be considered, and the claims referred to in such improperly or untimely filed Rule

3018(a) Motions shall not be counted in determining whether the Plan has been accepted or rejected.

### IV. Deadline for Receipt of Ballots

6. To be counted, ballots for accepting or rejecting the Plan must be received by the Debtor's counsel, Bernstein Shur Sawyer & Nelson, P.A., P.O. Box 9729, Portland, ME 04104, c/o Sam Anderson, no later than **April 13, 2012 at 5:00 p.m.** (the "Voting Deadline").

7. Submission of ballots by facsimile (fax) or by e-mail is not permitted.

8. BALLOTS NOT RECEIVED BY THE VOTING DEADLINE SHALL NOT BE COUNTED FOR OR AGAINST CONFIRMATION OF THE PLAN.

### V. Copies and Review of Documents

9. Any party-in-interest wishing to obtain an additional copy or copies of the Disclosure Statement, the Plan, or any exhibits to those documents may request such copies from:

> Sam Anderson, Esq.
> Bernstein, Shur, Sawyer & Nelson, P.A.
> 100 Middle Street, P.O. Box 9729
> Portland, Maine 04104-5029
> Telephone: (207) 774-1200
> Facsimile: (207) 774-1127
> sanderson@bernsteinshur.com

All such copies shall be at the expense of the party requesting the documents unless otherwise specifically required by Fed. R. Bankr. P. 3017(d). All documents that are filed with the Bankruptcy Court may be reviewed during regular business hours, 8:30 a.m. to 4:30 p.m. weekdays (except legal holidays), at the United States Bankruptcy Court for the District of Maine, 537 Congress Street, Portland, Maine 04101.

10. Persons wishing to obtain information about the procedure for voting their claims

or the packet of materials they may have received in conjunction with the Plan may contact:

Sam Anderson, Esq.
Bernstein, Shur, Sawyer & Nelson, P.A.
100 Middle Street, P.O. Box 9729
Portland, Maine 04104-5029
Telephone: (207) 774-1200
sanderson@bernsteinshur.com

DATED: March 6, 2012

/s/ James B. Haines, Jr.
The Honorable James B. Haines, Jr.
United States Bankruptcy Judge for the District of Maine