**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| LAO Properties, LLC ) | |
| ) | Case No.: 11-21571 |
| Debtor ) | |
| ) | |
| ) | |
| Deutsche Bank National Trust Company, ) | |
| as Indenture Trustee for American Home ) | |
| Mortgage Investment Trust 2005-2 ) | |
| ) | Hearing scheduled for |
| Movant ) | May 22, 2012, 9:00 am |
| ) | Portland, Maine |
| v. ) | |
| ) | |
| LAO Properties, LLC ) | |
| ) | |
| Debtor ) | |
| ) | |

**MOTION OF DEUTSHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2 FOR RELIEF FROM STAY**

NOW COMES Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 ("Deutsche Bank") by and through its attorneys, Doonan, Graves, & Longoria, LLC, and respectfully represents to this Honorable Court as follows:

1. On or about May 12, 2005, Lorri A. O'Brien executed and delivered a note in the amount of Four Hundred Fifty Thousand and & 00/100 ($450,000.00) dollars, to Home Mortgage Acceptance, Inc. *See* Exhibit A (a true and correct copy of the Note is attached hereto.)

2. To secure the obligation, Lorri A. O'Brien, f/k/a Lorri A. Petrone, Trustee of the York Street Trust, executed and delivered to American Home Mortgage Acceptance, Inc., a mortgage dated May 12, 2005, and recorded in the York County Registry of Deeds in Book 14462,

Page 395, on real estate located at 35 York Street, York, Maine, 03909. *See* Exhibit B (a true and correct copy of the mortgage is attached hereto.)

3. The Note and Mortgage were then transferred to Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2. *See* Exhibit C (a true and correct copy of the Assignment is attached hereto).

4. At the time the Mortgage was granted to American Home Mortgage Acceptance, Inc., Ms. O'Brien held the Property in trust pursuant to a Deed of Sale by Personal Representative from Thomas S. Robinson, Personal Representative of the Estate of Clarice M. Davis, to Lorri A. Pettrone, Trustee of the York Street Trust, dated December 3, 1999, recorded in the York County Registry of Deeds in Book 9811, Page 132.

5. The Debtor, LAO Properties, LLC, claims ownership to the Property by virtue of a Quitclaim Deed from Lorri A. O'Brien to LAO Properties, LLC, dated October 28, 2011, recorded in the York County Registry of Deeds in Book 16191, Page 568, on the eve of the bankruptcy filing. However, a review of the Quitclaim Deed shows that it is defective, as Lorri A. O'Brien transferred the Property to the Debtor in her individual capacity and not as Trustee of the York Street Trust. *See* Exhibit D (a true and correct copy of the Quitclaim Deed is attached hereto).

6. Deutsche Bank believes it is the current holder of the first mortgage on the property; however, as indicated by Docket No. 89, TD BankNorth, NA is asserting it holds a senior lien. *See* TD Bank's Motion for Relief, Docket No. 89, filed February 22, 2012.

7. On or about November 1, 2011, the Debtor filed its voluntary petition for Bankruptcy under Chapter 11 of the United States Bankruptcy Code.

8. Upon information and belief, Debtor's Chapter 11 plan has not yet been confirmed. A confirmation hearing has been set for April 25, 2012.

9. As of March 28, 2012, the total to payoff the debt owed to Deutsche Bank was $499,932.38.

10. The Debtor is currently in arrears post-petition, on the movant's mortgage, in the amount of $14,312.60 representing four (4) mortgage payments for the months of December 1, 2011 through March 1, 2012 at $3,256.07 each; plus late fees totaling $462.32; plus attorney costs and fees[1]. It is estimated that $16,858.25 will be due as of the anticipated date of hearing, plus costs and fees.

11. For the purposes of this Motion only, as Deutsche Bank does not waive its rights to challenge the property's value as it is related to the confirmation process, according to the Debtors' appraisal referenced in its Disclosure Statement and Plan, the subject premises is valued at $487,000.00, and the liquidation value of this asset is $455,332.00, calculated as the fair market value less a reasonable realtor's fee (6%); deed stamps ($1,948.00); plus the anticipated costs incurred during a real estate closing ($500.00).

12. The total amount of secured liens on the property is $644,252.40, plus fees and costs; therefore there is no equity.

13. Upon information and belief, there is no other collateral securing the obligation.

14. Upon information and belief, there are no other encumbrances on the property other than those referenced above.

15. Based on the foregoing, Deutsche Bank seeks relief, pursuant to 11 U.S.C. § 362(d)(1), for cause on the grounds that the Debtor has failed to make four (4) post-petition payments, and 11 U.S.C. § 362(d)(2) because there is no equity in the Property and the Property is not necessary to the Debtors effective reorganization, and respectfully submits that said order should not be stayed pursuant to Federal Rule of Bankruptcy 4001(a)(3).

WHEREFORE, Deutsche Bank respectfully requests that this Honorable Court grant it and its successor and/or assigns relief from stay pursuant to 11 U.S.C. §362(d) by modifying the stay to permit it to exercise its rights under its agreements with the Debtor and under applicable

---

[1] To date the post-petition attorney fees and costs are $826.00

law including but not limited to foreclosing and/or accepting a Deed-in-Lieu on and further Mortgage on property located at 35 York Street, York, Maine, 03909; and to pursue its remedies under state law including, but not limited to, the eviction of any and all occupants of said premises, that the relief granted in this order is not be stayed pursuant to Federal Rule of Bankruptcy 4001(a)(3), together with such other and further relief as this Court may deem just and proper.

DATED this 3rd day of April, 2012.

/s/ John A. Doonan
John A. Doonan, Esq.—Bar No. 3250
Attorney for Movant
Doonan, Graves, & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
Tel. (978) 921-2670