## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE

In Re:

LAO Properties, LLC )
       Case No. : 11-21571 )
)
The Bank of New York Mellon f/k/a the Bank of New York, as )
Trustee for the holders of the Certificates, First Horizon )
Mortgage Pass-through Certificates Series FHAMS 2007-AA3, )
by First Horizon Home Loans, a division of First Tennessee Bank )
National Association, Master Servicer, in its capacity as )
agent for the Trustee under the Pooling and Servicing Agreement )
)
      CREDITOR ) **CHAPTER 11**
 vs. )
)
LAO Properties, LLC )
      DEBTOR(S) )

## OBJECTION TO PLAN

NOW COMES The Bank of New York Mellon, a secured creditor of the above-named debtor, and objects to the Chapter 11 plan filed by the debtor on or about March 2, 2012 upon the following grounds:

1. Debtor's plan values the property located at 9 Kendall Road, York (Beach), Maine at $438,000.00 which is below the actual fair market value.

2. The plan does not provide for the creditor to receive distributions with a value equal to the allowed amount of its claim as required by 11 USCA § 1325(a)(5)(B)(ii).

WHEREFORE, the creditor prays that the court deny confirmation of the plan.

DATED: April 13, 2012

                     Signed _____
                     Brent A. York, Esquire

PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.
480 Main Street, P.O. Box 1087
Presque Isle, ME 04769  207/769-2361

# CERTIFICATE OF SERVICE

I, Brent A. York, Esquire, hereby certify that I have this date forwarded a copy of secured creditor's Objection to Plan, by forwarding a copy thereof in a self-addressed envelope, addressed as follows, to wit:

LAO Properties, LLC
26 Brickyard Court, Suite 6
York, Maine 03909

D. Sam Anderson, Esq. and Jeremy Fischer
Bernstein Shur, Sawyer and Nelson
100 Middle Street, West Tower
Portland, Maine 04101
(Electronic)

Office of the United States
537 Congress Street, Rm. 302
Portland, Maine 04101
(Electronic)

Office of the US Trustee

DATED: April 13, 2012

Signed /s/
Brent A. York, Esquire

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In Re:

LAO Properties, LLC )
       Case No. : 11-21571 )
 )
The Bank of New York Mellon f/k/a the Bank of New York, as )
Trustee for the holders of the Certificates, First Horizon )
Mortgage Pass-through Certificates Series FHAMS 2007-AA3, )
by First Horizon Home Loans, a division of First Tennessee Bank )
National Association, Master Servicer, in its capacity as )
agent for the Trustee under the Pooling and Servicing Agreement )
 )
      CREDITOR ) **CHAPTER 11**
 vs. )
 )
LAO Properties, LLC )
      DEBTOR(S) )

## OBJECTION TO PLAN

NOW COMES The Bank of New York Mellon, a secured creditor of the above-named debtor, and objects to the Chapter 11 plan filed by the debtor on or about March 2, 2012 upon the following grounds:

1. Debtor's plan values the property located at 67 Ocean Avenue Ext., York (Beach), Maine 03909 at $915,000.00 which is below the actual fair market value.

2. The plan does not provide for the creditor to receive distributions with a value equal to the allowed amount of its claim as required by 11 USCA § 1325(a)(5)(B)(ii).

WHEREFORE, the creditor prays that the court deny confirmation of the plan.

DATED: April 13, 2012

              Signed_____
              Brent A. York, Esquire

PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.
480 Main Street, P.O. Box 1087
Presque Isle, ME 04769  207/769-2361

# CERTIFICATE OF SERVICE

I, Brent A. York, Esquire, hereby certify that I have this date forwarded a copy of secured creditor's Objection to Plan, by forwarding a copy thereof in a self-addressed envelope, addressed as follows, to wit:

LAO Properties, LLC
26 Brickyard Court, Suite 6
York, Maine 03909

D. Sam Anderson, Esq. and Jeremy Fischer
Bernstein Shur, Sawyer and Nelson
100 Middle Street, West Tower
Portland, Maine 04101
(Electronic)

Office of the United States
537 Congress Street, Rm. 302
Portland, Maine 04101
(Electronic)

Office of the US Trustee

DATED: April 13, 2012

Signed __/s/ Brent A. York__
Brent A. York, Esquire

PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.
480 Main Street, P.O. Box 1087
Presque Isle, ME 04769
207/769-2361

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

In Re:

LAO Properties, LLC )
                        Case No. : 11-21571 )

The Bank of New York Mellon f/k/a the Bank of New York, as )
Trustee for the holders of the Certificates, First Horizon )
Mortgage Pass-through Certificates Series FHAMS 2007-AA3, )
by First Horizon Home Loans, a division of First Tennessee Bank )
National Association, Master Servicer, in its capacity as )
agent for the Trustee under the Pooling and Servicing Agreement )

                        CREDITOR )   **CHAPTER 11**

vs.

LAO Properties, LLC )
                        DEBTOR(S) )

## OBJECTION TO PLAN

NOW COMES The Bank of New York Mellon, a secured creditor of the above-named debtor, and objects to the Chapter 11 plan filed by the debtor on or about March 2, 2012 upon the following grounds:

1. Debtor's plan values the property located at 83 Ocean Avenue Ext., York (Beach), Maine 03909 at $736,000.00 which is below the actual fair market value.

2. The plan does not provide for the creditor to receive distributions with a value equal to the allowed amount of its claim as required by 11 USCA § 1325(a)(5)(B)(ii).

WHEREFORE, the creditor prays that the court deny confirmation of the plan.

DATED: April 13, 2012

Signed /s/ Brent A. York
Brent A. York, Esquire

PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.
480 Main Street, P.O. Box 1087
Presque Isle, ME 04769    207/769-2361

# CERTIFICATE OF SERVICE

I, Brent A. York, Esquire, hereby certify that I have this date forwarded a copy of secured creditor's Objection to Plan, by forwarding a copy thereof in a self-addressed envelope, addressed as follows, to wit:

LAO Properties, LLC
26 Brickyard Court, Suite 6
York, Maine 03909

D. Sam Anderson, Esq. and Jeremy Fischer
Bernstein Shur, Sawyer and Nelson
100 Middle Street, West Tower
Portland, Maine 04101
(Electronic)

Office of the United States
537 Congress Street, Rm. 302
Portland, Maine 04101
(Electronic)

Office of the US Trustee

DATED: April 13, 2012

Signed /s/ Brent A. York
Brent A. York, Esquire

PHILLIPS, OLORE, DUNLAVEY & YORK, P.A.
480 Main Street, P.O. Box 1087
Presque Isle, ME 04769
207/769-2361