# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MAINE

| | |
|---|---|
| In re:<br><br>LAO PROPERTIES, LLC,<br><br>Debtor. | Chapter 11<br><br>Case No. 11-21571 |

## ORDER GRANTING TD BANK, N.A. RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the motion for relief from the automatic stay (the "Motion") filed by TD Bank, N.A. (the "Bank") in relation to certain real property generally located at 35 York Street, York, Maine (the "Property"), and upon consideration of the objection to the Motion filed by LAO Properties, LLC (the "Debtor"), and upon consideration of the consent of the Debtor and the Bank to the relief granted herein, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Motion is granted to the extent set forth herein.

2. The Bank shall be granted relief from the automatic stay imposed by section 362 of the Bankruptcy Code effective May 31, 2012 (the "Turnover Date") and the Debtor shall turnover possession of the Property to the Bank on the Turnover Date.

3. The Debtor shall remain in possession and control of the Property through the Turnover Date.

4. The Debtor shall be responsible to insure the Property and to fund utilities relating to the Property through the Turnover Date. The Bank shall be responsible for the Property from the Turnover Date forward, including for insuring the Property and for funding any utilities

1

relating to the Property (including for ensuring that the utilities are transitioned into the Bank's name effective as of the Turnover Date).

5. From the date of the entry of this Order through the Turnover Date, the Debtor shall provide the Bank with reasonable access to the Property in order to allow the Bank to prepare for a foreclosure sale of the Property, including providing access to the Property to auctioneers and appraisers.

6. The Debtor shall forward to the Bank any payments received by the Debtor arising out of any leases relating to the Property from the date of this Order through the Turnover Date.

7. Upon the turnover of the Property to the Bank, the Bank waives any and all claims against the Debtor. Nothing set forth herein shall be deemed to alter or impair the rights of the Bank against any party liable to the Bank other than the Debtor.

**SEEN AND AGREED TO:**

        **LAO PROPERTIES, LLC**

        By its attorney:

DATED: April 18, 2012        */s/ D. Sam Anderson*
        D. Sam Anderson, Esq.
        BERNSTEIN, SHUR, SAWYER & NELSON, P.A.
        100 Middle Street, PO Box 9729
        Portland, Maine 04104-5029
        Telephone: (207) 774-1200
        sanderson@bernsteinshur.com

-and-

**TD BANK, N.A.**

By its attorney:

DATED: April 18, 2012       */s/ Edward S. MacColl*
Edward S. MacColl, Esq.
THOMPSON, BULL, FUREY, BASS & MACCOLL
120 Exchange Street
Portland, Maine 04112
Telephone: (207) 774-7600
emaccoll@thomport.com

**ENTERED BY THE COURT:**

DATED:  April 19, 2012       /s/ James B. Haines, Jr.
The Honorable James B. Haines, Jr.
United States Bankruptcy Judge