**UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>LAO PROPERTIES, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 11-21571 |

**ORDER GRANTING MOTION BY DEUTSCHE BANK NATIONAL TRUST
COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE
INVESTMENT TRUST 2005-2  FOR RELIEF FROM THE AUTOMATIC STAY**

     Upon consideration of the motion for relief from the automatic stay (the "Motion") filed by Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 ("Deutsche Bank")  in relation to certain real property generally located at 35 York Street, York, Maine (the "Property") and, upon consideration of the objection to the Motion filed by LAO Properties, LLC (the "Debtor"), and upon consideration of the consent of the Debtor and Deutsche Bank to the relief granted herein, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

     1.     The Motion is granted to the extent set forth herein.

     2.     Deutsche Bank shall be granted relief from the automatic stay imposed by section 362 of the Bankruptcy Code effective May 31, 2012 (the "Turnover Date").

     3.     The Debtor shall remain in possession and control of the Property through the Turnover Date.

     4.     The Debtor shall be responsible to insure the Property and to fund utilities relating to the Property through the Turnover Date.

5.　　From the date of the entry of this Order through the Turnover Date, the Debtor shall provide Deutsche Bank with reasonable access to the Property in order to allow it to prepare for a foreclosure sale of the Property, including providing access to the Property to auctioneers and appraisers.

6.　　Upon the turnover of the Property to the Deutsche Bank, Deutsche Bank waives any and all deficiency claim against the Debtor. Nothing set forth herein shall be deemed to alter or impair the rights of Deutsche Bank against any party liable to it other than the Debtor.

DATED: April 27, 2012

/s/ James B. Haines, Jr.
The Honorable James B. Haines, Jr.
United States Bankruptcy Court
for the District of Maine