**EXHIBIT A**

**LAO Properties, LLC - Detail of Cash Expenditures from 05/01/12 to 10/31/12**

| Date | Num | Source Name | Memo | Split | Amount | Vendor Subtotals |
|---|---|---|---|---|---:|---:|
| 05/03/2012 | 502 | Bernstein Shur | | Legal -Atty | (2,000.00) | |
| 06/15/2012 | 201 | Bernstein Shur | | Legal -Atty | (1,000.00) | |
| 07/12/2012 | 223 | Bernstein Shur | | Legal -Atty | (3,000.00) | |
| 11/01/2012 | | Bernstein Shur | | Legal -Atty | (77,500.00) | (83,500.00) |
| 07/12/2012 | 224 | Cash | | Water | (745.70) | |
| 07/30/2012 | 229 | Cash | | Water | (292.77) | (1,038.47) |
| 05/01/2012 | 506 | CM Appraisals LLC | | Professional Fees | (500.00) | (500.00) |
| 08/22/2012 | | CMP | | CMP | (273.06) | |
| 05/16/2012 | online | CMP 0745-014-9 Kendall Rd | | CMP | (123.33) | |
| 06/18/2012 | online | CMP 0745-014-9 Kendall Rd | 9 kendall-4490290745014 | CMP | (48.11) | |
| 07/27/2012 | | CMP 0745-014-9 Kendall Rd | | CMP | (66.05) | |
| 09/28/2012 | | CMP 0745-014-9 Kendall Rd | | CMP | (98.42) | |
| 07/27/2012 | | CMP-48 Broadway | | CMP | (76.95) | |
| 09/28/2012 | | CMP-48 Broadway | | CMP | (58.29) | |
| 07/27/2012 | | CMP-Bernard 0341-016 | | CMP | (39.88) | |
| 09/28/2012 | | CMP-Bernard 0341-016 | | CMP | (110.17) | |
| 05/17/2012 | | CMP-Cahill Trust-0637-014 | | CMP | (83.42) | |
| 06/18/2012 | online | CMP-Cahill Trust-0637-014 | 83 Ocean-4490290637014 | CMP | (47.83) | |
| 07/27/2012 | | CMP-Cahill Trust-0637-014 | | CMP | (143.87) | |
| 09/28/2012 | | CMP-Cahill Trust-0637-014 | | CMP | (166.98) | |
| 05/17/2012 | | CMP-Dutch-0642-013 | | CMP | (460.40) | |
| 06/18/2012 | online | CMP-Dutch-0642-013 | 80 ocean--4490290642013 | CMP | (136.25) | |
| 07/27/2012 | | CMP-Dutch-0642-013 | | CMP | (134.76) | |
| 09/28/2012 | | CMP-Dutch-0642-013 | | CMP | (173.17) | |
| 05/16/2012 | | CMP-Lobby unit2 | | CMP | (55.05) | |
| 06/18/2012 | online | CMP-Lobby unit2 | Unit2 -- 4460569097-002 | CMP | (268.95) | |
| 07/27/2012 | | CMP-Lobby unit2 | | CMP | (39.54) | |
| 09/28/2012 | | CMP-Lobby unit2 | | CMP | (54.31) | |
| 05/17/2012 | | CMP-RavineWindswept0726-016 | | CMP | (102.73) | |
| 06/18/2012 | online | CMP-RavineWindswept0726-016 | 3 ravine--4490290726016 | CMP | (84.24) | |
| 07/27/2012 | | CMP-RavineWindswept0726-016 | | CMP | (107.23) | |
| 09/28/2012 | | CMP-RavineWindswept0726-016 | | CMP | (52.32) | |
| 05/17/2012 | | Cmp-RBS Trust II | | CMP | (254.24) | |
| 06/18/2012 | online | Cmp-RBS Trust II | RENTAL OFFICE-4460569100002 | CMP | (63.14) | |
| 07/27/2012 | | Cmp-RBS Trust II | | CMP | (58.06) | |
| 09/28/2012 | | Cmp-RBS Trust II | | CMP | (81.89) | |
| 05/17/2012 | | CMP-RBS-0604-017 | | CMP | (165.85) | |
| 06/18/2012 | online | CMP-RBS-0604-017 | 67 Ocean-4490290604017 | CMP | (81.64) | |
| 07/27/2012 | | CMP-RBS-0604-017 | | CMP | (130.30) | |

**LAO Properties, LLC - Detail of Cash Expenditures from 05/01/12 to 10/31/12**

| Date | Num | Source Name | Memo | Split | Amount | Vendor Subtotals |
|---|---|---|---|---|---:|---:|
| 09/28/2012 | | CMP-RBS-0604-017 | | CMP | (154.17) | |
| 05/17/2012 | online | CMP--unit 5 | | CMP | (51.93) | |
| 06/18/2012 | 0202 | CMP--unit 5 | | CMP | (66.48) | |
| 07/27/2012 | online | CMP--unit 5 | | CMP | (96.91) | |
| 09/28/2012 | | CMP--unit 5 | | CMP | (120.90) | |
| 05/16/2012 | | CMP-York St. 9883-003 | | CMP | (391.55) | |
| 06/18/2012 | online | CMP-York St. 9883-003 | 35 york--4460379883003 | CMP | (46.27) | |
| 07/27/2012 | | CMP-York St. 9883-003 | | CMP | (44.94) | |
| 09/28/2012 | | CMP-York St. 9883-003 | | CMP | (39.26) | |
| 05/16/2012 | | CMP-York St.32035 | | CMP | (120.29) | |
| 06/18/2012 | online | CMP-York St.32035 | 35B York-4490236032035 | CMP | (96.35) | |
| 07/27/2012 | | CMP-York St.32035 | | CMP | (132.35) | |
| 09/28/2012 | | CMP-York St.32035 | | CMP | (150.95) | |
| 11/07/2012 | phone | CMP--unit 5 | | CMP | (83.50) | |
| 11/07/2012 | phone | Cmp-RBS Trust II | | CMP | (62.75) | |
| 11/07/2012 | phone | CMP-Lobby unit2 | | CMP | (50.38) | |
| 11/08/2012 | on line | CMP 0745-014-9 Kendall Rd | | CMP | (56.42) | |
| 11/28/2012 | online | Cmp-RBS Trust II | | CMP | (59.83) | |
| 11/28/2012 | | CMP-Bernard 0341-016 | | CMP | (122.98) | |
| 11/28/2012 | | CMP--unit 5 | | CMP | (59.03) | |
| 11/28/2012 | | CMP-Dutch-0642-013 | | CMP | (218.19) | |
| 11/28/2012 | | CMP-Cahill Trust-0637-014 | | CMP | (181.89) | |
| 11/28/2012 | | CMP-RBS-0604-017 | | CMP | (178.95) | |
| 11/28/2012 | | CMP-RavineWindswept0726-016 | | CMP | (150.87) | |
| 11/28/2012 | | CMP-Lobby unit2 | | CMP | (49.92) | (6,627.49) |
| 06/01/2012 | | Deluxe checks | | Office Supplies | (90.89) | |
| 11/13/2012 | 501 | Deluxe checks | | Bank Service Charges | (61.51) | (152.40) |
| 08/16/2012 | 217 | Holyoke Mutual Insurance company in Salem | 410014131 | Insurance Expense | (629.33) | (629.33) |
| 08/27/2012 | 238 | IPFS CORPORATION | maw-153471 | Insurance Expense | (609.78) | (609.78) |
| 07/02/2012 | 0208 | Moran Electric | electric box | Repairs and Maintenance | (950.00) | (950.00) |
| 06/07/2012 | | Occasions By the sea | | Insurance Expense | (700.00) | |
| 06/07/2012 | | Occasions By the sea | | Propane | (175.46) | |
| 06/08/2012 | | Occasions By the sea | | Propane | (944.55) | |
| 08/10/2012 | 508 | Occassions By The Sea | Comm for York St | Commissions Expense | (1,260.00) | (3,080.01) |

**LAO Properties, LLC - Detail of Cash Expenditures from 05/01/12 to 10/31/12**

| Date | Num | Source Name | Memo | Split | Amount | Vendor Subtotals |
|---|---|---|---|---|---|---|
| 05/01/2012 | 504 | Old School Financial, Inc | | Mortgage Interest Expense | (4,495.83) | |
| 06/01/2012 | ol | Old School Financial, Inc | | Mortgage Interest Expense | (4,495.83) | |
| 06/26/2012 | 202 | Old School Financial, Inc | LAO Properties -Bernard-31 Ocean | Mortgage Interest Expense | (4,495.83) | |
| 08/01/2012 | 230 | Old School Financial, Inc | LAO Properties -Bernard-31 Ocean | Mortgage Interest Expense | (4,495.83) | |
| 09/01/2012 | 243 | Old School Financial, Inc | LAO Properties -Bernard-31 Ocean | Mortgage Interest Expense | (4,495.83) | |
| 10/01/2012 | 251 | Old School Financial, Inc | INT. ONLY | Mortgage Interest Expense | (4,495.83) | |
| 11/20/2012 | 504 | Old School Financial, Inc | | Mortgage Interest Expense | (2,378.05) | |
| 11/20/2012 | ? | Old School Financial, Inc | | Mortgage Interest Expense | (2,247.92) | |
| 11/30/2012 | | Old School Financial, Inc | | Mortgage Interest Expense # | (2,378.05) | (33,979.00) |
| 11/01/2012 | | Olsen, Richard | | Legal-Atty | (6,833.00) | (6,833.00) |
| 06/01/2012 | 0099 | OPTIMA BANK & TRUST -RBS II | 50000072 | Mortgage Interest Expense | (427.66) | |
| 06/28/2012 | 212 | OPTIMA BANK & TRUST -RBS II | 50000072-unit 3 | Mortgage Interest Expense | (427.66) | |
| 08/01/2012 | 234 | OPTIMA BANK & TRUST -RBS II | 50000072 | Mortgage Interest Expense | (427.66) | |
| 09/01/2012 | 241 | OPTIMA BANK & TRUST -RBS II | 50000072 | Mortgage Interest Expense | (427.66) | |
| 10/01/2012 | 254 | OPTIMA BANK & TRUST -RBS II | 50000072 | Mortgage Interest Expense | (427.66) | |
| 06/01/2012 | 0098 | OPTIMA BANK & TRUST-UNIT 2 | unit 2 | Mortgage Interest Expense | (303.59) | |
| 06/01/2012 | 0100 | OPTIMA BANK & TRUST-UNIT 2 | unit 5 | Mortgage Interest Expense | (352.15) | |
| 06/28/2012 | 210 | OPTIMA BANK & TRUST-UNIT 2 | unit 5 | Mortgage Interest Expense | (352.15) | |
| 06/28/2012 | 211 | OPTIMA BANK & TRUST-UNIT 2 | unit 2 | Mortgage Interest Expense | (303.59) | |
| 08/01/2012 | 232 | OPTIMA BANK & TRUST-UNIT 2 | unit 2 | Mortgage Interest Expense | (303.59) | |
| 08/01/2012 | 233 | OPTIMA BANK & TRUST-UNIT 2 | unit 5 | Mortgage Interest Expense | (352.15) | |
| 09/01/2012 | 239 | OPTIMA BANK & TRUST-UNIT 2 | unit 2 | Mortgage Interest Expense | (303.59) | |
| 09/01/2012 | 240 | OPTIMA BANK & TRUST-UNIT 2 | unit 5 | Mortgage Interest Expense | (352.15) | |
| 10/01/2012 | 252 | OPTIMA BANK & TRUST-UNIT 2 | 50000074--UNIT 2 INT ONLY | Mortgage Interest Expense | (303.59) | |
| 10/01/2012 | 253 | OPTIMA BANK & TRUST-UNIT 5 | 50000073--UNIT5 INT ONLY | Mortgage Interest Expense | (352.15) | |
| 11/07/2012 | new acct | OPTIMA BANK & TRUST-UNIT 2 | | Mortgage Interest Expense | (303.59) | |
| 11/07/2012 | new acct | OPTIMA BANK & TRUST-UNIT 5 | | Mortgage Interest Expense | (352.15) | |
| 11/07/2012 | new acct | OPTIMA BANK & TRUST -RBS II | | Mortgage Interest Expense | (427.66) | (6,500.40) |
| 05/01/2012 | 503 | Powder Mill Property Management, LLC | | Mortgage Interest Expense | (7,583.33) | |
| 06/01/2012 | ol | Powder Mill Property Management, LLC | | Mortgage Interest Expense | (7,583.33) | |
| 06/26/2012 | 203 | Powder Mill Property Management, LLC | LAO Properties--DUtch-80 Ocean | Mortgage Interest Expense | (7,583.33) | |
| 08/01/2012 | 231 | Powder Mill Property Management, LLC | LAO Properties--DUtch-80 Ocean | Mortgage Interest Expense | (7,583.33) | |
| 09/01/2012 | 242 | Powder Mill Property Management, LLC | LAO Properties--DUtch-80 Ocean | Mortgage Interest Expense | (7,583.33) | |
| 10/01/2012 | 255 | Powder Mill Property Management, LLC | INTEREST ONLY | Mortgage Interest Expense | (7,583.33) | |
| 11/20/2012 | | Powder Mill Property Management, LLC | | Mortgage Interest Expense | (3,797.67) | |
| 11/30/2012 | 508 | Powder Mill Property Management, LLC | | Mortgage Interest Expense | (3,797.67) | (53,095.32) |
| 05/09/2012 | 534 | Premium Finance Specialists- | 9 pays at 516.60 | Insurance Expense | (609.78) | |
| 05/17/2012 | phone | Premium Finance Specialists- | MAW-153471 | Insurance Expense | (589.78) | (1,199.56) |

**LAO Properties, LLC - Detail of Cash Expenditures from 05/01/12 to 10/31/12**

| Date | Num | Source Name | Memo | Split | Amount | Vendor Subtotals |
|---|---|---|---|---|---:|---:|
| 06/06/2012 | | Proulx Oil & Propane | | Propane | (600.00) | |
| 06/11/2012 | | Proulx Oil & Propane | | Propane | (621.00) | |
| 07/10/2012 | * | Proulx Oil & Propane | | Propane | (917.33) | |
| 07/26/2012 | | Proulx Oil & Propane | | Propane | (580.96) | |
| 09/26/2012 | 0248 | Proulx Oil & Propane | | Propane | (378.00) | |
| 10/01/2012 | | Proulx Oil & Propane | | Propane | (578.24) | |
| 10/12/2012 | | Proulx Oil & Propane | | Propane | (556.90) | |
| 10/25/2012 | | Proulx Oil & Propane | | Propane | (573.10) | |
| 11/10/2012 | 0249 | Proulx Oil & Propane | | Propane | (413.69) | |
| 11/28/2012 | | Proulx Oil & Propane | | Propane | (286.55) | (5,505.77) |
| 05/02/2012 | 507 | Realtime-Rental | | Commissions Expense | (3,600.00) | (3,600.00) |
| 05/11/2012 | | Robert Lehman | Dutch Roof | Repairs & Maintenance | (200.00) | |
| 05/18/2012 | 537 | Robert Lehman | Dutch Roof | Repairs & Maintenance | (300.00) | |
| 07/01/2012 | 216 | Robert Lehman | Dutch Roof | Repairs & Maintenance | (200.00) | |
| 07/03/2012 | 213 | Robert Lehman | Dutch Roof | Repairs & Maintenance | (200.00) | (900.00) |
| 05/15/2012 | 219 | Strategic Concepts | fixed assets | Professional Fees | (375.00) | |
| 07/20/2012 | 228 | Strategic Concepts | Inv #7495-487.50 & inv#7485-600.00 | Professional Fees | (1,087.50) | (1,462.50) |
| 08/31/2012 | | TD Bank | Service Charge | Bank Service Charges | (70.00) | |
| 10/09/2012 | 0220 | TD Bank | | Bank Service Charges | (175.00) | (245.00) |
| 09/24/2012 | | TIme Warner-3 Ravine | | Cable | (155.42) | |
| 08/16/2012 | | TIme Warner-9 Kendall | 7341525-04 | Cable | (148.37) | |
| 09/24/2012 | | Time Warner-Bernard 02 | Bernard 734096102 | Cable | (326.91) | |
| 09/05/2012 | | Time Warner-Cahill | | Cable | (296.49) | |
| 08/28/2012 | | Time Warner-Dutch | | Cable | (161.62) | |
| 07/01/2012 | 214 | Time Warner-RBS Trust | 7320716-01 1month | Cable | (176.82) | |
| 07/01/2012 | 215 | Time Warner-RBS Trust | 7320716-01 1month | Cable | (171.80) | |
| 09/24/2012 | | Time Warner-RBS Trust | | Cable | (343.39) | |
| 11/08/2012 | phone | Time Warner-Dutch | | Cable | (49.02) | |
| 11/08/2012 | | Time Warner-RBS Trust | | Cable | (171.68) | |
| 11/09/2012 | | TIme Warner-9 Kendall | | Cable | (290.58) | |
| 11/09/2012 | | TIme Warner-3 Ravine | | Cable | (151.75) | |
| 11/09/2012 | | Time Warner-Cahill | | Cable | (323.55) | |
| 11/13/2012 | | Time Warner-Bernard 02 | | Cable | (130.44) | (2,897.84) |

## LAO Properties, LLC - Detail of Cash Expenditures from 05/01/12 to 10/31/12

| Date | Num | Source Name | Memo | Split | Amount | Vendor Subtotals |
|---|---|---|---|---|---:|---:|
| 05/16/2012 | | Town of York-Bernard | | Taxes - Property | (1,000.00) | |
| 06/27/2012 | 205 | Town of York-Bernard | 31 Ocean Ave Ext-bernard--04/04/12 to 06/30/12 | Taxes - Property | (1,831.60) | |
| 05/16/2012 | | Town of York-Dutch | | Taxes - Property | (2,000.00) | (4,831.60) |
| 05/01/2012 | 505 | U.S Trustee | | Professional Fees | (325.00) | |
| 06/14/2012 | 200 | U.S Trustee | acct 3 002-11-21571 | Professional Fees | (325.00) | |
| 08/10/2012 | 218 | U.S Trustee | acct 3 002-11-21571 | Professional Fees | (650.00) | |
| 09/15/2012 | 266 | U.S Trustee | | Professional Fees | (325.00) | (1,625.00) |
| 06/27/2012 | 209 | York Insurance Agency | WS127364 | Insurance Expense | (2,335.01) | |
| 07/26/2012 | 225 | York Insurance Agency | | Insurance Expense | (1,214.60) | (3,549.61) |
| | | | | | (223,312.08) | (223,312.08) |