**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| In re:<br><br>LAO PROPERTIES, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 11-21571-JBH |

**FINAL DECREE**

This matter having come before the Court on the Motion for Order Approving Final Accounting and Granting Final Decree (the "Motion") filed by LAO Properties, LLC (the "Debtor"), and the Court finding that the Debtor's estate has been fully administered, it is hereby **ORDERED**, **ADJUDGED** and **DECREED** as follows:

1. The Motion is granted.

2. The Final Accounting, in the form attached to the Motion as Exhibit A, is approved.[1]

3. The Debtor's above-captioned chapter 11 case is closed.

4. The form and manner of notice and service of the Motion, as described in the Motion, was sufficient in light of the nature of the relief requested in the Motion.

5. The entry of this Final Decree does not reduce or alter the jurisdiction of this Court under 28 U.S.C. § 1334 and the Plan.

Dated: December 28, 2012

/s/ James B. Haines, Jr.
The Honorable James B. Haines, Jr.
United States Bankruptcy Judge

---

[1] All capitalized terms not otherwise defined in this Final Decree shall have the meaning ascribed to them in the Motion.

1